UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>and<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | **EXHIBIT LIST 1 - 11** |

Exhibit 1 - Roger Oehler's letter dated October 25, 2004

Exhibit 2 - Clerk's Notice of Postjudgment Garnishment

Exhibit 3 - Copy of Judgment and Commitment Order imposed on December 16, 2003

Exhibit 4 - Roger Oehler's payment history

Exhibit 5 - Delinquency Notice dated March 1, 2004

Exhibit 6 - Default Notice dated June 10, 2004

Exhibit 7 - Writ of Garnishment dated June 16, 2004

Exhibit 8 - Writ of Garnishment dated September 23, 2004

Exhibit 9 - Answer of the Garnishee 3M Company dated October 15, 2004

Exhibit 10 - Answer of the Garnishee 3M Voluntary Investment Plan and Employee Stock Ownership Plan dated October 15, 2004

Exhibit 11 - ChoicePoint asset investigation dated on November 30, 2004

Dated: January 6, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600