U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

March 1, 2004

DELINQUENCY NOTICE
(for offenses December 11, 1987 and after)

To Roger Leigh Oehler:

On December 16, 2003, the Court ordered you to pay a special assessment in the amount of $3,500.00, and restitution in the amount of $201,077.99. $10,000.00 of the restitution amount is immediately due and payable. Your payment is more than 30 days late and, therefore, your account is delinquent. Because of this delinquency you have been charged a penalty of 10% on the $10,000.00 principal amount due. If your payment plus the delinquency penalty is not paid within the next 90 days, you will be charged an additional penalty of 15% of the delinquent amount.

If you fail to repay the judgment debt, we will pursue collection by garnishment of your wages, execution on real and personal property, or other means allowed by law.

Please make your check or money order payable to the Clerk of Court and send it immediately to:

Clerk of Court
300 South Fourth Street
202 U.S. Courthouse
Minneapolis, MN 55415

Any questions you have may be directed to the Financial Litigation Unit at (612) 664-5600.

GOVERNMENT EXHIBIT
5.
CARDELS 800-783-0399