ChoicePoint Government Services Page 1 of 24



**SEARCH RESULTS**

Reports: Disc PLUS! w/VIN Details (OEHLER ROGER L)

full report | print format | save report | close

VIN Details (Additional Charge) Cancel Remaining Search Sets

Discovery PLUS! with VIN Details

Date: 11/30/2004

Time: 1:19 PM

Reference:

Requestor:

Search Criteria: OEHLER ROGER L

---

*** SOCIAL SECURITY NUMBER:

[redacted]-3467 State: SOUTH DAKOTA Year Issued: 1962 - 1963

===

*** THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR NAME:

| | | |
|---|---|---|
| OEHLER, ROGER L | [redacted]-3467 | Credit Header 2 (01/03) |
| OEHLER, ROGER LEIGH | | Credit Header 2 (04/04) |

===

********** ALL CREDIT HEADER SOURCES HAVE BEEN SEARCHED **********

===

*** SUBJECT'S ADDRESS HISTORY(* INDICATES RECORDS WITH THE MOST CURRENT DATE)
PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

OEHLER, ROGER L SS# [redacted]-3467

| | |
|---|---|
| ORTONVILLE, MN 56278 | Credit Header 2 (01/03) |
| [redacted] ORTONVILLE, MN 56278 | Credit Header 3 (10/02) |
| ORTONVILLE, MN 56278 | Credit Header 2 (10/02) |
| [redacted] ORTONVILLE, MN 56278 | Credit Header 2 (04/02) |
| [redacted] ALEXANDRIA, MN 56308 | Credit Header 3 (08/00) |
| [redacted], ORTONVILLE, MN 56278 | Credit Header 3 (07/00) |
| [redacted], RAPID CITY, SD 57702 | Credit Header 2 (07/99) |
| [redacted], ORTONVILLE, MN 56278 | Credit Header 2 (07/99) |
| | Credit Header 2 (07/99) |
| [redacted], ORTONVILLE, MN 56278 | Credit Header 2 (07/99) |
| [redacted], ALEXANDRIA, MN 56308 | Credit Header 2 (01/99) |
| [redacted], ALEXANDRIA, MN 56308 | Credit Header 2 (01/98) |
| [redacted], ALEXANDRIA, MN 56308 | Credit Header 2 (10/96) |
| [redacted], ALEXANDRIA, MN 56308 | Credit Header 2 (07/96) |

| | | |
|---|---|---|
| Date of Birth: | 1946 | Credit Header 2 |
| | 03/1946 | Credit Header 3 |
| | 03/27/1946 | Credit Header 2 |
| Phone: | (320)839-4204 | White Pages |
| | 320-8394203 | Credit Header 2 |
| | 320-8394204 | Credit Header 2 |

GOVERNMENT EXHIBIT 11.
CARDELS 800-783-0399

```
Gender:              MALE                              Credit Header 2

-----------------------------------------------------------------------

OEHLER, ROGER LEIGH

[redacted], ORTONVILLE, MN 56278                  Credit Header 2 (04/04)
ORTONVILLE MNR, ORTONVILLE, MN 56278.             Credit Header 2 (12/03)
[redacted], ORTONVILLE, MN 56278                  Credit Header 2 (11/03)
[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (04/01)
[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (11/00)
[redacted], ORTONVILLE, MN 56278                  Credit Header 2 (03/00)
[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (07/99)
[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (10/96)
[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (07/94)

=======================================================================

*** THE FOLLOWING SUBJECT(S) WERE ALSO FOUND BUT HAVE DIFFERENT NAMES
    AND SOCIAL SECURITY NUMBERS THAN YOUR SUBJECT
    (PUBLIC RECORDS WILL NOT BE SEARCHED FOR THESE INDIVIDUALS):

OEHLER, ROGER L

[redacted], ALEXANDRIA, MN 56308                  Credit Header 2 (10/96)

Date of Birth:       03/27/1946                        Credit Header 2
Gender:              MALE                              Credit Header 2

=======================================================================

*** OTHER POSSIBLE DRIVERS AT SUBJECT'S ADDRESS:

    Name:            GALANIS, DAVID MICHAEL
    Driver's License#:G452135603415 issued in MINNESOTA
    Date of Birth:   06/02/1988
    Sex:             MALE

[redacted], ORTONVILLE, MN 56278

=======================================================================

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

    Name:            OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:            SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], KEYSTONE, SD 57751

-----------------------------------------------------------------------

    Name:            OEHLER DUSTIN L
    Social Security# :[redacted]-5982

    Name:            OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:            SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], ALEXANDRIA, MN 56308

-----------------------------------------------------------------------
```

```
    Name:                OEHLER GLENDA J
    Social Security#    [redacted]-8334

    Name:                SILKEY GLENDA J
    Social Security#    [redacted]-8334

[redacted] RAPID CITY, SD 57702

--------------------------------------------------------------------------------

    Name:                OEHLER GLENDA J
    Social Security#    [redacted]-8334

[redacted], FARWELL, MN 56327

--------------------------------------------------------------------------------

    Name:                OEHLER GLENDA J

[redacted], ALEXANDRIA, MN 56308

================================================================================

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of
Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social
Security Numbers in Bankruptcy filings will be masked so that only the last
four digits of the number will be made available.  This masking is handled at
the federal court level.

                   MN  Bankruptcies, Liens, and Judgments
              Data Available From 00/00/0000 Through 00/00/0000
                           Name and Address Search

Filing Number:        0600000056
Document Type:        CIVIL
Judgment Date:        06/28/2000
Amount:               $29,256
Defendant:            OEHLER, ROGER L
                      [redacted]
                      ORTONVILLE, MN 56278
Additional Deft:      PROVIDIAN NATL BK
Court:                ORTONVILLE DC
County:               BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:        294
Document Type:        STATE TAX
Filing Date:          03/29/2000
Amount:               $2,556
Debtor:               OEHLER, ROGER L,[redacted]-3467
                      [redacted]
                      ORTONVILLE, MN 56278
Court:                BIG STONE COUNTY COURT
County:               BIG STONE, MN
Tax Authority:        DEPARTMENT OF REVENUE
- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:        318
Document Type:        STATE TAX
Filing Date:          04/18/2002
Amount:               $12,681
Debtor:               OEHLER, ROGER L,[redacted]-3467
                      [redacted]
```

```
                       ORTONVILLE, MN 56278
Court:                 BIG STONE COUNTY COURT
County:                BIG STONE, MN
Tax Authority:         DEPARTMENT OF REVENUE
- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:         06100000057
Document Type:         CIVIL
Judgment Date:         06/28/2000
Amount:                $5,018
Defendant:             OEHLER, ROGER
                       [redacted]
                       ORTONVILLE, MN 56278
Additional Deft:       PROVIDIAN NATL BK
Court:                 ORTONVILLE DC
County:                BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:         06900000016
Document Type:         CIVIL
Judgment Date:         01/12/2000
Amount:                $30,114
Defendant:             CITIBANK
Additional Deft:       OEHLER, ROGER
                       [redacted]
                       ORTONVILLE, MN 56278
Court:                 ORTONVILLE DC
County:                BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - -


==============================================================================

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

                              MN  Real Property
              Data Available From 00/00/0000 Through 00/00/0000

     Owner(s):              OEHLER/ROGER,  L
     Mailing Address:       [redacted]
                            ALEXANDRIA, MN 56308-8071

     Property Address:      [redacted]
                            ALEXANDRIA, MN 56308-8071

     Owner(s) Phone No.:
     Parcel No.:            031264640
     County:                DOUGLAS

     Sale Information:                     Assessor Information:
     ------------------------------------  ------------------------------------
       Sale Date:                            Exemption(s):
       Document No.:                         Tax Amount:
       Sale Amount:                          Assessed Value:
       Sale Full/Part:                       Percent Improved:
       Loan Amount(1ST):                     Year Sold to State:
       Loan Amount(2ND):                     Map Page New:                0000
       Loan Type:                            Map Grid New:              000000
       Multi or Port:

     ---------------------------------------------------------------------------
     Property Characteristics
     ---------------------------------------------------------------------------
       Lot Size:                   1,894,860
       Legal Description: 'LY & E'LY 43.5
            AC OF NW4NE4 & N2SW4NE4 ","AC
```

43.5 "," "," ","

---

Owner(s): OEHLER/ROGER, L/ETUX
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 121145000
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

---

Property Characteristics

---

Lot Size: 43,560
Legal Description: OTS 2 & 3 BLK 1
AC 2.57 "," "," "," ","

---

===

PROPERTY OWNERS WERE IDENTIFIED FOR YOUR SUBJECT'S ADDRESS(ES):

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): KIETZER, DONALD
Parcel No.: R492205400002
County: BLUE EARTH
Property Address: [redacted]
MN
Mailing Address: [redacted]
VERNON CENTER, MN 56090-9722

Owner(s): AMISTADI, LOUIS
Parcel No.: 020002300410
County: ST. LOUIS
Property Address: [redacted]
MN
Mailing Address: [redacted]
CHISHOLM, MN 55719-1973

Owner(s): TREMBATH, ARTHUR
Parcel No.: 916603330
County: ITASCA
Property Address: [redacted]
MN

Mailing Address: [redacted]
GRAND RAPIDS, MN 55744-3428

Owner(s): HILDENBRAND, DOUGLAS
Parcel No.: 020015006735
County: ST. LOUIS
Property Address: [redacted]
MN
Mailing Address: [redacted]
CHISHOLM, MN 55719-1539

Owner(s): HARBIG/HAZEL, S
Parcel No.: 270304000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-1743
Mailing Address: [redacted]
ALEXANDRIA, MN 56308

Owner(s): OEHLER/GLENDA, J
Parcel No.: 031363000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-8906
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8906

Owner(s): DANIELSON/ROSEMARY TRUST, TRUS
Parcel No.: 271307000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/CURT, ROSEMARY
DANIELSON/CURT,
Parcel No.: 631282000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/CURT, ROSEMARY
DANIELSON/CURT,
Parcel No.: 631612000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/ROSEMARY TRUST, TRUS
Parcel No.: 271283200
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]

ALEXANDRIA, MN 56308-9443

==============================================================================

NEIGHBORS OF THE CURRENT ADDRESS ARE LISTED BELOW:

[redacted] ORTONVILLE, MN 56278

Name: BRYAN NORM
Phone Number: (320)839-3855
Address: [redacted]
ORTONVILLE, MN 56278

Name: LYNCH DENNIS
Phone Number: (320)839-3904
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELESTEADT JAIME
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELSTAEDT JAMES
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: KUPER MARLYN
Phone Number: (320)839-7048
Address: [redacted]
ORTONVILLE, MN 56278

Name: KAYE THOMAS
Phone Number: (320)839-2838
Address: [redacted]
ORTONVILLE, MN 56278

Name: AMUNDSON LARRY
Phone Number: (320)839-7006
Address: [redacted]
ORTONVILLE, MN 56278

Name: REUPKE DAVID
Phone Number: (320)839-3142
Address: [redacted]
ORTONVILLE, MN 56278

Name: REBEHN HERMAN
Phone Number: (320)839-3263
Address: [redacted]
ORTONVILLE, MN 56278

Name: ANDERSEN STACIA
Phone Number: (320)839-3307
Address: [redacted]
ORTONVILLE, MN 56278

Name: IGOU BEULAH
Phone Number: (320)839-3323
Address: [redacted]
ORTONVILLE, MN 56278

Name: WONDRA ROBERT

Phone Number: (320)839-3352
Address: [redacted]
ORTONVILLE, MN 56278

Name: JOHNSON RONALD
Phone Number: (320)839-7150
Address: [redacted]
ORTONVILLE, MN 56278

Name: HANRATTY MARY
Phone Number: (320)839-3243
Address: [redacted]
ORTONVILLE, MN 56278

Name: HOFFMAN FRANKLIN
Phone Number: (320)839-2198
Address: [redacted]
ORTONVILLE, MN 56278

Name: WARRICK DALE
Phone Number: (320)839-3816
Address: [redacted]
ORTONVILLE, MN 56278

Name: LUND WILLIAM A
Phone Number: (320)839-2435
Address: [redacted]
ORTONVILLE, MN 56278

---

RESIDENTIAL DEMOGRAPHIC INFORMATION FOR MOST CURRENT ADDRESS:

[redacted] ORTONVILLE, MN 56278

High Rise: NORMAL STREET ADDRESS
Median Income: 288.84
Median Home Value: 37100.00
Homeowner Probability: 84%
Phone: (320)839-4204

---

THE FOLLOWING CORPORATE RECORDS MATCHED YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be obtained through the appropriate Secretary of State.

MN Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
State Reported Data Available From 01/01/1901 Through 09/13/2004

State: MN
Company Name: ALEXANDRIA COMPUTER BUSINESS SERVICES

Business Address: [redacted]
ALEXANDRIA, MN

Company ID Number: X146644AN
Incorporated Date: 06/16/1994
Current Status: ACTIVE
Corporation Type: ASSUMED NAME
Duration: 06/16/2004

```
Registered Agent
----------------
Nameholder:             ROGER L OEHLER
Address:                [redacted]
                        ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - -

              MN  Corporation & Limited Partnership Records
   Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
      State Reported Data Available From 01/01/1901 Through 09/13/2004

State:                  MN
Company Name:           ALEXANDRIA COMPUTER BUSINESS SERVICES

Company ID Number:      X146644ANI
Incorporated Date:      06/16/1994
Current Status:         INACTIVE
Corporation Type:       ASSUMED NAME
Duration:               06/16/2004

Registered Agent
----------------
Nameholder:             ROGER L OEHLER
Address:                [redacted]
                        ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - -

===========================================================================

THE FOLLOWING UNIFORM COMMERCIAL CODE FILINGS MATCH YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be
obtained through the appropriate Secretary of State.

        MN   UCC Data Available From 01/01/1996 through 09/15/2004

  Filing Number:   2122923
  Filing Type:     UCC FINANCE STMT.
  File Date/Time:  04/16/1999

  Debtor:          Roger L. Oehler
                   [redacted]
                   Ortonville, MN 56278

  Secured Party:   Oehler, Roger L.
                   [redacted]
                   Ortonville, MN 56278

  Collateral:      UNDEFINED

  History:
  --------

  Filing Number:   2126249
  Filing Type:     AMENDMENT
  File Date/Time:  04/28/1999

  Debtor:          Roger L. Oehler
                   [redacted]
                   Ortonville, MN 56278
```

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2126284
Filing Type: AMENDMENT
File Date/Time: 04/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127816
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127817
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127819
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]

Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127820
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127821
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127822
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127823
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127824
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: FURNITURE & FIXTURES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130083
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130210
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132224
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132225
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132226
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132227
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2140089
Filing Type: AMENDMENT
File Date/Time: 06/17/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141103
Filing Type: AMENDMENT

File Date/Time: 06/21/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141526
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141527
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141590
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: VEHICLES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2142053
Filing Type: PARTIAL RELEASE
File Date/Time: 06/24/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143265
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143266
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143914
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: REAL PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143915
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2145834
Filing Type: AMENDMENT
File Date/Time: 07/09/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2146640
Filing Type: AMENDMENT
File Date/Time: 07/13/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148493
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148494
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148495
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2149210
Filing Type: PARTIAL RELEASE
File Date/Time: 07/22/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2159996
Filing Type: AMENDMENT
File Date/Time: 09/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES, HEREAFTER ACQUIRED PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2163847
Filing Type: PARTIAL RELEASE
File Date/Time: 09/21/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2165633
Filing Type: PARTIAL RELEASE
File Date/Time: 09/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2187658
Filing Type: PARTIAL RELEASE
File Date/Time: 12/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192314
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192315
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192980
Filing Type: PARTIAL RELEASE
File Date/Time: 01/12/2000

Debtor: Roger L. Oehler

[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194217
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194218
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194368
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195340
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.

[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195341
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199135
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199189
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199190
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2219250
Filing Type: PARTIAL RELEASE
File Date/Time: 04/14/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2257467
Filing Type: AMENDMENT
File Date/Time: 09/08/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2303634
Filing Type: AMENDMENT
File Date/Time: 03/01/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334519
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334520
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334521
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334522
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334523
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334524
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334525
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 1729129
Filing Type: UCC FINANCE STMT.
File Date/Time: 01/10/1995

Debtor: OEHLER, ROGER
[redacted]
ALEXANDRIA, MN 56308

Add'l Debtors: Oehler Roger
[redacted]
Alexandria, MN 56308

Secured Party: 1st American Bank Of Alexandria 720 Broadway PO Bx 309 Alexandria

FIRST AMERICAN BANK OF ALEXANDRIA
P.O. BOX 309
ALEXANDRIA, MN 56308

MN 56308

VIKING OFFICE SUPPLY
P.O. BOX 425
ALEXANDRIA, MN 56308

Collateral: EQUIPMENT

History:
---------

Filing Number: 1893129
Filing Type: TERMINATION
File Date/Time: 11/13/1996

Debtor: OEHLER, ROGER
[redacted]
ALEXANDRIA, MN 56308

Add'l Debtors: Oehler Roger
[redacted]
Alexandria, MN 56308

Secured Party: 1st American Bank Of Alexandria 720 Broadway PO Bx 309 Alexandria

FIRST AMERICAN BANK OF ALEXANDRIA
P.O. BOX 309
ALEXANDRIA, MN 56308

MN 56308

VIKING OFFICE SUPPLY
P.O. BOX 425
ALEXANDRIA, MN 56308

Due to privacy regulations instituted by individual states, data from all states may not be available.

The selected DPPA purpose is permitted in these states: MN

================================================================================

POSSIBLE VEHICLES AT CURRENT ADDRESS:

OEHLER, [redacted], ORTONVILLE, MN, 56278
VIN SERVICES REPORT FOR USE BY GOVERNMENT AGENCY FOR LAW ENFORCEMENT

To View individual VIN detail results for an additional charge, please:

1. Click on the box under the "Item" column containing the VIN information you would like to review from the list below.
2. Click on the VIN search button at the bottom of the report.

| Item | VIN | Year | Make | Registered Owner |
|---|---|---|---|---|
| ☐ 1 | 1FMDU34X3TUC09496 | 96 | FORD | GALANIS, MARY K |
| ☐ 2 | 2B3ED56F3RH100445 | 94 | DODGE | OEHLER, ROGER L & GALANIS, |
| ☐ 3 | 116BA11A8GC001619 | 86 | MAC | GALANIS, ISAAC C |

================================================================================

NO RECORDS FOR YOUR SUBJECT WERE FOUND IN THE FOLLOWING SECTION(S):

| | |
|---|---|
| National Death Locator | 00/00/0000 through 09/30/2004 |
| High Risk Addresses | N/A |
| Infractions | N/A |
| SD Bankruptcies, Liens, and Judgm, Name & Address | N/A |
| NW Bankruptcies, Name & Social Security Number | N/A |
| SD Real Property Ownership | N/A |
| SD Property Owner by Subject's Address | N/A |
| SD Corporate Records by Name | 01/11/1865 through 10/07/2004 |
| SD Uniform Commercial Code Filings | 01/01/1996 through 09/15/2004 |
| Watercraft by Name & State | 00/00/0000 through 04/15/2003 |
| FAA Aircraft Owners Search by Owner Name | 00/00/0000 through 09/30/2004 |
| FAA Airmen by Name | 00/00/0000 through 09/30/2004 |

================================================================================

Certain consumer information contained herein provided by InfoUSA, Omaha, Nebraska, Copyright 1998, All Rights Reserved.

End of search.

full report | print format | save report | close

VIN Details (Additional Charge) Cancel Remaining Search Sets

© 2000 ChoicePoint Asset Company. All rights reserved.