CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>and<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | ) | Criminal No. 02-151 JNE/RLE |

I hereby certify that on 1/7/05, I served, or caused to be served, the following documents:

**Responce to Request for Transfer of Jurisdiction; Declaration of Nancy Lair; Exhibit List 1-11; Exhibits 1-11**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota. Addressee(s):

Roger Oehler
#10455-041
Yankton FPC
P.O. Box 680
Yankton, SD 57078

s/ Nancy Lair
______________________________
Nancy J. Lair