UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ROGER LEIGH OEHLER, | ) | **ORDER FOR BRIEFING SCHEDULE** |
| Defendant, | ) | |
| and | ) | |
| 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN, | ) | |
| Garnishee. | ) | |

This matter is before the Court on defendant's objections to the Writs of Garnishment for funds in his 3M 401(k) benefit plan. To facilitate determination of the validity of defendant's objections, the Court establishes the following briefing schedule:

1. On or before February 15, 2005, defendant shall file with the Clerk of Court and serve on counsel for the United States all law and facts on which he relies to support his objections.

2. On or before March 5, 2005, plaintiff shall file with the Clerk of Court and serve on defendant pro se any response to defendant's submission.

3. Thereafter, the Court will review the submissions of the parties and determine whether more information is needed to render a decision on the objections. If no further information is needed, the matter will be deemed submitted.

BY THE COURT:

Dated: January 11, 2005

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge