02CR151
JNE/RLE

**COMMERCIAL AFFIDAVIT**
**of**
**Roger Leigh Oehler**

RECEIVED
BY U.S. MAIL
2005 FEB 15 AM 9:16
U.S. DIST. COURT
MINNEAPOLIS, MN

State of Minnesota )
) ss.
County of Big Stone )

Cr. No. 02-151 (JNE/RLE)

To Respondent: Richard D. Sletton Certified Mail # 7004 0750 0002 0993 3454
CLERK OF COURT
202 UNITED STATES COURTHOUSE
300 S. 4th ST.
MINNEAPOLIS, MN 55415

Nancy J. Lair Certified Mail # 7004 0750 0002 0993 3461
600 UNITED STATES COURTHOUSE
300 S. 4th ST.
MINNEAPOLIS, MN 55415

The Undersigned, Roger L. Oehler, hereinafter "Affiant," being an adult and qualified to testify and having first hand knowledge of the facts as set forth herein, state that this declaration is true, correct, complete and not misleading, to the best of my knowledge, and held under the penalties of perjury under the laws of the United States of America.

The Affiant states as follows:

**Statement of Facts**

1. The Affiant states that ERISA means the Federal Employees Retirement Income Security Act.

2. The Affiant states that under this act (ERISA), pension plans, 401(k) plans, and other "ERISA – qualified plans" are specifically prohibited from being assigned or alienated.

3. That the Affiant did not give power of attorney nor authority for the UNITED STATES ATTORNEY to proceed in a manner commercial contract nor was UNITED STATES ATTORNEY given nor do they have venue and jurisdiction in this matter.

4. Affiant states the fact that Equality under the Law is PARAMOUNT, and Mandatory by Law, and that Affiant has declared oneself competent to handle one's own affairs.

5. The Affiant states that Minnesota State Statute prohibits attachment to 401(k).

SCANNED
FEB 16 2005
U.S. DISTRICT COURT MPLS

SCANNED
FEB 15 2005
U.S. DISTRICT COURT MPLS

6. The Affiant states that UNITED STATES ATTORNEY – MINNESOTA DISTRICT failed to respond to July 2nd, 2004 request for DEBT COLLECTOR DISCLOSURE STATEMENT.

7. The Affiant states that UNITED STATES ATTORNEY – MINNESOTA DISTRICT failed to respond to July 31st, 2004 request for DEBT COLLECTOR DISCLOSURE STATEMENT.

8. The Affiant states that UNITED STATES ATTORNEY – MINNESOTA DISTRICT failed to respond to January 31st, 2005 request for DEBT COLLECTOR DISCLOSURE STATEMENT to a 3rd party.

9. The Affiant states that Affiant has no signed contract with Internal Revenue Service.

10. The Affiant states that the Plaintiff does not have secured interest on a UCC-1.

11. The Affiant states that Affiant is a third party intervenor.

12. The Affiant states that all signatures are revocated.

13. The Affiant states that Affiant accepted as true, returned as true for closure and discharge.

**AFFIDAVIT OF AVERMENT**

14. The Affiant does not see any law or notice of obligation in accordance with 5 USC 553 with the Federal Register.

15. The Affiant does not see any law provided or presented with any implicating regulations or statutes of penalty in accordance with 44 U.S.C. chapter 15, section 1505(a).

16. The Affiant does not see any law that allows disregard to 44 U.S.C. chapter 15 section 1505(a) "all penalty statutes must have implementing regulations", implementing regulations, section 1510, code of federal regulations, section 1510(b) "table of authorities and rules ".

17. The Affiant does not see any law provided or presented with any implicating regulations or statutes identifying a victim in accordance with 44 U.S.C. chapter 15, section 1505(a).

18. The Affiant does not see any nor been presented with the enforcement by the Secretary of State or Commissioners for the regulations in accordance with 26 USC 7805(a).

19. The Affiant does not see any nor been presented with the enforcement or regulations promulgated by the Secretary or Commissioner under 26 U.S.C. 7201 or 7212. U.S. vs. Reinis 794 F. 2d 506, 508 (9th Circuit 1986).

20. The Affiant does not see any law that allows override one's civil and constitutional rights as described in 42 U.S.C. 1983, 18 U.S.C. 242, 18 U.S.C. 245.

21. The Affiant does not see any law adopted or legislated by the State of Minnesota legislature or Federal that preempts a natural citizen of one's rights if one reserves all rights without prejudice UCC 1-207.

22. The Affiant does not see any law authorizing the Officers of the Federal, State or the City to make legal determination for Affiant.

23. The Affiant does not see any reason why the Officers are not commercially liable under 70 Am Jur 2nd VII. Civil Liability 90-180 A. In General 90-147, 1. General Principles 90-95.

Date: February 11th, 2005

By Roger Leigh Oehler
Roger Leigh Oehler
c/o 71 Mc Cloud Street
Ortonville, Minnesota 56278

On this day, 2-11-2005 Before me, a Notary Public, personally appeared, Roger Leigh Oehler personally known to me as the living soul whose name is subscribed to the affidavits above and this instrument and acknowledged that he executed the same.

Diane Yerdon, Notary Public
My Commission Expires: 8-21-2005

Diane Yerdon
Notary

Appointment Expires ____________

Seal/Stamp

DIANE YERDON NOTARY SEAL PUBLIC STATE OF SOUTH DAKOTA

C: Thomas B. Heffelfinger
File