UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER LEIGH OEHLER,

Defendant,

and

3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,

Garnishee.

**DECLARATION OF NANCY LAIR**

Nancy Lair, Financial Litigation Agent, makes the following declaration in support of plaintiff's Response to Request for Transfer of Jurisdiction.

1. I am a Financial Litigation Agent in the U.S. Attorney's Office and am one of the agents responsible for collection of this debt arising from criminal monetary penalties. I make this declaration from my own knowledge and upon review of the collection file in the above-entitled matter. If called to testify, I would state the following.

2. Attached is a true and correct copy of the Judgment and Commitment Order imposed on December 16, 2003, as exhibit A.

3. Attached is a true and correct copy of Roger Oehler's payment history, as exhibit B.

4. Attached is a true and correct copy of the Delinquency Notice dated March 1, 2004, as exhibit C.

5. Attached is a true and correct copy of the Default Notice dated June 10, 2004, as exhibit D.

6. Attached is a true and correct copy of the Writ of Garnishment dated June 16, 2004, as exhibit E.

7. Attached is a true and correct copy of the Writ of Garnishment dated September 23, 2004, as exhibit F.

8. Attached is a true and correct copy of the Answer of the Garnishee 3M Company, as exhibit G.

9. Attached is a true and correct copy of the Answer of the Garnishee 3M Voluntary Investment Plan and Employee Stock Ownership Plan, as exhibit H.

10. Attached is a true and correct copy of the letter to the Clerk of Court dated October 25, 2004, as exhibit I.

11. Attached is a true and correct copy of the ChoicePoint asset investigation dated on November 30, 2004, as exhibit J.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/1/05 s/ Nancy Lair

BY: NANCY LAIR
Financial Litigation Agent