UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER LEIGH OEHLER,

Defendant,

and

3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,

Garnishee.

**EXHIBIT LIST A - J**

Exhibit A - Copy of Judgment and Commitment Order imposed on December 16, 2003

Exhibit B - Roger Oehler's payment history

Exhibit C - Delinquency Notice dated March 1, 2004

Exhibit D - Default Notice dated June 10, 2004

Exhibit E - Writ of Garnishment dated June 16, 2004

Exhibit F - Writ of Garnishment dated September 23, 2004

Exhibit G - Answer of the Garnishee 3M Company dated October 15, 2004

Exhibit H - Answer of the Garnishee 3M Voluntary Investment Plan and Employee Stock Ownership Plan dated October 15, 2004

Exhibit I - Letter to Clerk of Court dated October 25, 2004

Exhibit J - ChoicePoint asset investigation dated on November 30, 2004

Dated: March 1, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600