PAYMENT HISTORY REPORT

RUN DATE: 28-FEB-2005

FOR: 2004Z00005/001

Report: CZ_QRYG
PAGE: 1 OF 2

DEBTOR: Oehler, Roger Leigh
COURT NUMBER: 02-151 JNE/RLE
CURRENT LIABILITY BALANCE: $207,116.24

PRIORITY CODE: 02

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 8 | 04-MAR-2004 | CL/A | R. OEHLER-BOP | | BOP | $25.00 | 19-APR-2004 |
| 0009 | PMNT | 8 | 04-JUN-2004 | CL/A | Roger | | BOP | $40.00 | 14-JUL-2004 |
| 0012 | PMNT | 8 | 09-SEP-2004 | CL/A | OEHLER, ROGER LEIGH | | | $60.00 | 08-OCT-2004 |
| 0014 | PMNT | 8 | 09-DEC-2004 | CL/A | OEHLER, ROGER LEIGH | | | $50.00 | 18-JAN-2005 |
| 0015 | PMNT | 8 | 03-FEB-2005 | CL/A | R. OEHLER | | 400 280034 | $100.00 | 03-FEB-2005 |

Total Payments for Debtor: $275.00

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
B