**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN 55415*

June 10, 2004

DEFAULT NOTICE

Roger Leigh Oehler
#10455-041
Yankton FPC
P.O. Box 680
Yankton, SD 57078

RE: United States v. Roger Leigh Oehler
Cr. No. 02-151 JNE/RLE

Dear Mr. Oehler:

On December 16, 2003 the court imposed a criminal monetary penalty of $204,577.99, of which $10,000.00 was due and payable immediately. Payment of that monetary penalty is now 120 days overdue and is accordingly in statutory default. 18 U.S.C. §§3572 and 3612. Because of the default, you have been charged an additional penalty of 15% of the principal amount past due. The total amount due is now $207,072.99.

As set forth in the Delinquency Notice, if full payment is not received within 30 days from the date of this letter, the United States may move the court for resentencing pursuant to 18 U.S.C. §§3614. You could then be resentenced to any sentence which might originally have been imposed, including imprisonment if your failure to pay was willful.

To avoid the possibility of resentencing or further prosecution, please send a check or money order, payable to the Clerk of Court, to Clerk of Court, 300 South Fourth Street, Room 202, Minneapolis, MN 55415.

If you fail to repay the judgment debt, we will enforce collection of the judgment debt as allowed under the Federal Debt Collection Procedures Act. This Act provides for court-ordered installment payments, continuous garnishment of your wages, and levy against your real and personal property or other means allowed by law.

Any questions may be directed to the Financial Litigation Unit at(612) 664-5600.

GOVERNMENT EXHIBIT
D

CARDELS 800-783-0399