UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROGER LEIGH OEHLER,
Defendant,

and

3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,
Garnishee.

WRIT OF GARNISHMENT

TO: 3M Voluntary Investment Plan and Employee Stock Ownership Plan, Attn: 401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

An application for a Writ of Garnishment against property of the above-named defendant, Roger L. Oehler, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on December 16, 2003, for monetary penalties. As of September 14, 2004, the balance on this judgment debt was $207,220.99 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Of that amount, $3,435.00.00 in special assessments and $10,000.00 in restitution was ordered due and payable immediately.

You, 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the garnishee, are required by law to immediately withhold and retain any property, up to the amount of $3,435.00, in

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
F

custody, control or possession in which the judgment debtor, Roger L. Oehler, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at #10455-041, Yankton FPC, P.O. Box 680, Yankton, SD 57078; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 9/23/04

Raymond L. Erickson

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 9/23/04

Deputy Clerk