CLERK OF THE UNITED STATES DISTRICT COURT
202 FEDERAL BUILDING
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

RECEIVED/1
2004 OCT 26 A 10:37
U.S. ATTORNEY
DIST. OF MINN.

October 25th, 2004

RE: UNITED STATES OF AMERICA Plaintiff v. ROGER LEIGH OEHLER© Defendent

Dear CLERK OF COURT:

Since the Defendent is currently located in the DISTRICT OF SOUTH DAKOTA, the above Defendent requests that the enclosed proceedings to steal above Defendents property, be transferred by the court to the FEDERAL judicial DISTRICT OF SOUTH DAKOTA court located at SIOUX FALLS SOUTH DAKOTA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 25th, 2004

Respectfully,
ROGER LEIGH OEHLER©
by Roger Leigh: Oehler© Agent

c/o 10455-041 KINGSBURY
FPC YANKTON
PMB 700
YANKTON SD 57078

copy: file

UNITED STATES ATTORNEY
FINANICAL LITIGATION UNIT
600 FEDERAL COURTHOUSE
600 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

enclosure

CARDELS 800-783-0399
GOVERNMENT EXHIBIT
I

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your 401K account is being garnished up to the amount of $3,435.00 by the United States of America, which obtained a judgment on December 16, 2003 in the sum of $204,577.99, plus interest and costs as a result of restitution. As of September 14, 2004, a balance of $207,220.99 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Roger L. Oehler, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations.

If you are Roger L. Oehler, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed exemptions

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk

of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Court-house, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 9/23/04

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: [signature]
Deputy Clerk

X Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

X Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

INSTRUCTIONS TO DEFENDANT ON
HOW TO OBJECT TO
THE ANSWER OF GARNISHEE

Upon your receipt of the Answer of Garnishee, you have 20 days to file an objection to that Answer and to request a hearing to discuss your objection. Your objection must be in written form, and it must state your reasons for believing why the property being withheld by the garnishee is not subject to this garnishment.

The original written objection must be filed with the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

A copy of the objection must be served--personally or by mail--on:

United States Attorney
Attn.: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

and

Garnishee
3M Voluntary Investment Plan and
Employee Stock Ownership Plan
Attn: 401K
3M Center
Building 224-2W-15
St. Paul, MN 55144

If you did not claim exemptions on the Claim For Exemption Form and request a hearing through the Clerk's Notice of Post-Judgment Garnishment, a court order shall be entered, attaching the property that is the subject of this garnishment, unless you object to the Answer of Garnishee. Remember, if you do object to the Answer of Garnishee, you must be prepared to prove to the court at the objection hearing why the subject property is not subject to this garnishment. Property that is found to be subject to this garnishment shall be applied against the debt that is the basis for this collection proceeding.

# INSTRUCTIONS TO DEFENDANT ON HOW TO CLAIM EXEMPTIONS ON THE ENCLOSED CLAIM FOR EXEMPTION FORM

The prejudgment or postjudgment process indicated on the enclosed Clerk's Notice has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken to pay your debt to the Government. Such property is said to be exempt. The enclosed Claim for Exemption Form lists the major exemptions under Federal law that apply in all cases. Note, there is no exemption solely because you are having difficulty paying your debts.

If you wish to claim an exemption in this matter, you must fill out the enclosed Claim for Exemption Form. Then you must deliver or mail a copy of the form to the clerk's office and to counsel for the United States (addresses noted below).

If you believe the property the United States Government has taken is exempt, you may request a hearing before a Federal Magistrate Judge (see the enclosed Clerk's Notice). That hearing shall take place within five business days, or as soon as practicable, from the date you file your hearing request. (Remember, you must also serve a copy of the hearing request on counsel for the United States.) You should come to the hearing ready to explain why your property is exempt, and you should bring with you all supporting documentation. If you do not come to the court hearing at the designated time and prove that the property at issue is exempt, you may lose some of your rights.

You may find the advice of an attorney helpful in this matter.

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

United States Attorney's Office
Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROGER LEIGH OEHLER,<br>Defendant,<br>and<br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Roger L. Oehler, Social Security Number, XXX-XX-3467, with the last known address of #10455-041, Yankton FPC, P.O. Box 680, Yankton, SD 57078.

The judgment was entered on December 16, 2003, for restitution. The judgment was entered in the amount of $204,577.99, plus interest and costs, $3,435.00 in special assessments and $10,000.00 in restitution was ordered due and payable immediately. A Writ of Garnishment for defendant's non-exempt interest in 401K Plan up to the amount of $10,000 was issued by the Court on June 21, 2004.

As of September 14, 2004, after applying payments, if any, the balance on this judgment debt was $207,220.99 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: 3M Voluntary Investment Plan and Employee Stock Ownership Plan, Attn:401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

Dated: September 21, 2004

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| v. | WRIT OF GARNISHMENT |
| ROGER LEIGH OEHLER, Defendant, | |
| and | |
| 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN, Garnishee. | |

TO: 3M Voluntary Investment Plan and Employee Stock Ownership Plan, Attn: 401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

An application for a Writ of Garnishment against property of the above-named defendant, Roger L. Oehler, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on December 16, 2003, for monetary penalties. As of September 14, 2004, the balance on this judgment debt was $207,220.99 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Of that amount, $3,435.00.00 in special assessments and $10,000.00 in restitution was ordered due and payable immediately.

You, 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the garnishee, are required by law to immediately withhold and retain any property, up to the amount of $3,435.00, in your

custody, control or possession in which the judgment debtor, Roger L. Oehler, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at #10455-041, Yankton FPC, P.O. Box 680, Yankton, SD 57078; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 9/23/04

Raymond L. Erickson

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 9/23/04

Deputy Clerk