know.now.™ Menus | Current Session Charges | Contact Us

ChoicePoint Public Sector | ChoicePoint Business & Government Serv CPGov

**SEARCH RESULTS**

Reports: Disc PLUS! w/VIN Details (OEHLER ROGER L)

full report | print format | save report | close

VIN Details (Additional Charge) Cancel Remaining Search Sets

```
                    Discovery PLUS! with VIN Details
Date: 11/30/2004
                                                    Time:  1:19 PM
Reference:                                          Requestor:
Search Criteria: OEHLER ROGER L
---------------------------------------------------------------------

*** SOCIAL SECURITY NUMBER:

    [redacted]-3467       State: SOUTH DAKOTA      Year Issued: 1962 - 1963

---------------------------------------------------------------------

*** THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR
    NAME:

OEHLER, ROGER L                [redacted]-3467      Credit Header 2 (01/03)
OEHLER, ROGER LEIGH                                 Credit Header 2 (04/04)

---------------------------------------------------------------------

********** ALL CREDIT HEADER SOURCES HAVE BEEN SEARCHED **********

---------------------------------------------------------------------

*** SUBJECT'S ADDRESS HISTORY(* INDICATES RECORDS WITH THE MOST CURRENT DATE)
    PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

OEHLER, ROGER L                                  SS# [redacted]-3467

ORTONVILLE, MN 56278                                Credit Header 2 (01/03)
[redacted] ORTONVILLE, MN 56278                     Credit Header 3 (10/02)
ORTONVILLE, MN 56278                                Credit Header 2 (10/02)
[redacted] ORTONVILLE, MN 56278                     Credit Header 2 (04/02)
[redacted] ALEXANDRIA, MN 56308                     Credit Header 3 (08/00)
[redacted], ORTONVILLE, MN 56278                    Credit Header 3 (07/00)
[redacted], RAPID CITY, SD 57702                    Credit Header 2 (07/99)
[redacted], ORTONVILLE, MN 56278                    Credit Header 2 (07/99)
                                                    Credit Header 2 (07/99)
[redacted], ORTONVILLE, MN 56278                    Credit Header 2 (07/99)
[redacted], ALEXANDRIA, MN 56308                    Credit Header 2 (01/99)
[redacted], ALEXANDRIA, MN 56308                    Credit Header 2 (01/98)
[redacted], ALEXANDRIA, MN 56308                    Credit Header 2 (10/96)
[redacted], ALEXANDRIA, MN 56308                    Credit Header 2 (07/96)

Date of Birth:          1946                        Credit Header 2
                        03/1946                     Credit Header 3
                        03/27/1946                  Credit Header 2
Phone:                  (320)839-4204               White Pages
                        320-8394203                 Credit Header 2
                        320-8394204                 Credit Header 2
```

GOVERNMENT EXHIBIT J

CARDELS 800-783-0399

```
Gender:              MALE                               Credit Header 2
----------------------------------------------------------------------------

OEHLER, ROGER LEIGH

[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (04/04)
ORTONVILLE MNR, ORTONVILLE, MN 56278.                   Credit Header 2 (12/03)
[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (11/03)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (04/01)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (11/00)
[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (03/00)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (07/99)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (10/96)
[redacted] ALEXANDRIA, MN 56308                         Credit Header 2 (07/94)
============================================================================

*** THE FOLLOWING SUBJECT(S) WERE ALSO FOUND BUT HAVE DIFFERENT NAMES
    AND SOCIAL SECURITY NUMBERS THAN YOUR SUBJECT
    (PUBLIC RECORDS WILL NOT BE SEARCHED FOR THESE INDIVIDUALS):

OEHLER, ROGER L

[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (10/96)

Date of Birth:       03/27/1946                         Credit Header 2
Gender:              MALE                               Credit Header 2
============================================================================

*** OTHER POSSIBLE DRIVERS AT SUBJECT'S ADDRESS:

    Name:               GALANIS, DAVID MICHAEL
    Driver's License#:G452135603415 issued in MINNESOTA
    Date of Birth:      06/02/1988
    Sex:                MALE

[redacted], ORTONVILLE, MN 56278
============================================================================

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

    Name:               OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:               SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], KEYSTONE, SD 57751
----------------------------------------------------------------------------

    Name:               OEHLER DUSTIN L
    Social Security# :[redacted]-5982

    Name:               OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:               SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], ALEXANDRIA, MN 56308
----------------------------------------------------------------------------
```

Name: OEHLER GLENDA J
Social Security# [redacted]-8334

Name: SILKEY GLENDA J
Social Security# [redacted]-8334

[redacted] RAPID CITY, SD 57702

---

Name: OEHLER GLENDA J
Social Security# :[redacted]-8334

[redacted] FARWELL, MN 56327

---

Name: OEHLER GLENDA J

[redacted], ALEXANDRIA, MN 56308

---

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social Security Numbers in Bankruptcy filings will be masked so that only the last four digits of the number will be made available. This masking is handled at the federal court level.

MN Bankruptcies, Liens, and Judgments
Data Available From 00/00/0000 Through 00/00/0000
Name and Address Search

Filing Number: 0600000056
Document Type: CIVIL
Judgment Date: 06/28/2000
Amount: $29,256
Defendant: OEHLER, ROGER L
[redacted]
ORTONVILLE, MN 56278
Additional Deft: PROVIDIAN NATL BK
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 294
Document Type: STATE TAX
Filing Date: 03/29/2000
Amount: $2,556
Debtor: OEHLER, ROGER L,[redacted]-3467
[redacted]
ORTONVILLE, MN 56278
Court: BIG STONE COUNTY COURT
County: BIG STONE, MN
Tax Authority: DEPARTMENT OF REVENUE

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 318
Document Type: STATE TAX
Filing Date: 04/18/2002
Amount: $12,681
Debtor: OEHLER, ROGER L,[redacted]-3467
[redacted]

ORTONVILLE, MN 56278
Court: BIG STONE COUNTY COURT
County: BIG STONE, MN
Tax Authority: DEPARTMENT OF REVENUE

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06100000057
Document Type: CIVIL
Judgment Date: 06/28/2000
Amount: $5,018
Defendant: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Additional Deft: PROVIDIAN NATL BK
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06900000016
Document Type: CIVIL
Judgment Date: 01/12/2000
Amount: $30,114
Defendant: CITIBANK
Additional Deft: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - - -

---

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): OEHLER/ROGER, L
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 031264640
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

---

Property Characteristics

---

Lot Size: 1,894,860
Legal Description: 'LY & E'LY 43.5
AC OF NW4NE4 & N2SW4NE4 ","AC

```
    Name:              OEHLER GLENDA J
    Social Security# [redacted]-8334

    Name:              SILKEY GLENDA J
    Social Security# [redacted]-8334

[redacted] RAPID CITY, SD 57702

--------------------------------------------------------------------------------

    Name:              OEHLER GLENDA J
    Social Security# [redacted]-8334

[redacted], FARWELL, MN 56327

--------------------------------------------------------------------------------

    Name:              OEHLER GLENDA J

[redacted], ALEXANDRIA, MN 56308

================================================================================
```

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social Security Numbers in Bankruptcy filings will be masked so that only the last four digits of the number will be made available. This masking is handled at the federal court level.

MN Bankruptcies, Liens, and Judgments
Data Available From 00/00/0000 Through 00/00/0000
Name and Address Search

```
Filing Number:       0600000056
Document Type:       CIVIL
Judgment Date:       06/28/2000
Amount:              $29,256
Defendant:           OEHLER, ROGER L
                     [redacted]
                     ORTONVILLE, MN 56278
Additional Deft:     PROVIDIAN NATL BK
Court:               ORTONVILLE DC
County:              BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:       294
Document Type:       STATE TAX
Filing Date:         03/29/2000
Amount:              $2,556
Debtor:              OEHLER, ROGER L,[redacted]-3467
                     [redacted]
                     ORTONVILLE, MN 56278
Court:               BIG STONE COUNTY COURT
County:              BIG STONE, MN
Tax Authority:       DEPARTMENT OF REVENUE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:       318
Document Type:       STATE TAX
Filing Date:         04/18/2002
Amount:              $12,681
Debtor:              OEHLER, ROGER L,[redacted]-3467
                     [redacted]
```

ORTONVILLE, MN 56278
Court: BIG STONE COUNTY COURT
County: BIG STONE, MN
Tax Authority: DEPARTMENT OF REVENUE

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06100000057
Document Type: CIVIL
Judgment Date: 06/28/2000
Amount: $5,018
Defendant: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Additional Deft: PROVIDIAN NATL BK
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06900000016
Document Type: CIVIL
Judgment Date: 01/12/2000
Amount: $30,114
Defendant: CITIBANK
Additional Deft: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): OEHLER/ROGER, L
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 031264640
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

Property Characteristics

Lot Size: 1,894,860
Legal Description: 'LY & E'LY 43.5
AC OF NW4NE4 & N2SW4NE4 ","AC

43.5 "," ","  ","

---

Owner(s): OEHLER/ROGER, L/ETUX
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 121145000
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

---

Property Characteristics

---

Lot Size: 43,560
Legal Description: OTS 2 & 3 BLK 1
AC 2.57 "," ","  ","  ","

---

---

PROPERTY OWNERS WERE IDENTIFIED FOR YOUR SUBJECT'S ADDRESS(ES):

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): KIETZER, DONALD
Parcel No.: R492205400002
County: BLUE EARTH
Property Address: [redacted]
MN
Mailing Address: [redacted]
VERNON CENTER, MN 56090-9722

Owner(s): AMISTADI, LOUIS
Parcel No.: 020002300410
County: ST. LOUIS
Property Address: [redacted]
MN
Mailing Address: [redacted]
CHISHOLM, MN 55719-1973

Owner(s): TREMBATH, ARTHUR
Parcel No.: 916603330
County: ITASCA
Property Address: [redacted]
MN

| | |
|---|---|
| Mailing Address: | [redacted] |
| | GRAND RAPIDS, MN 55744-3428 |
| | |
| Owner(s): | HILDENBRAND, DOUGLAS |
| Parcel No.: | 020015006735 |
| County: | ST. LOUIS |
| Property Address: | [redacted] |
| | MN |
| Mailing Address: | [redacted] |
| | CHISHOLM, MN 55719-1539 |
| | |
| Owner(s): | HARBIG/HAZEL, S |
| Parcel No.: | 270304000 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-1743 |
| Mailing Address: | [redacted] |
| | ALEXANDRIA, MN 56308 |
| | |
| Owner(s): | OEHLER/GLENDA, J |
| Parcel No.: | 031363000 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-8906 |
| Mailing Address: | [redacted] |
| | ALEXANDRIA, MN 56308-8906 |
| | |
| Owner(s): | DANIELSON/ROSEMARY TRUST, TRUS |
| Parcel No.: | 271307000 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| Mailing Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| | |
| Owner(s): | DANIELSON/CURT, ROSEMARY |
| | DANIELSON/CURT, |
| Parcel No.: | 631282000 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| Mailing Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| | |
| Owner(s): | DANIELSON/CURT, ROSEMARY |
| | DANIELSON/CURT, |
| Parcel No.: | 631612000 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| Mailing Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| | |
| Owner(s): | DANIELSON/ROSEMARY TRUST, TRUS |
| Parcel No.: | 271283200 |
| County: | DOUGLAS |
| Property Address: | [redacted] |
| | ALEXANDRIA, MN 56308-9443 |
| Mailing Address: | [redacted] |

ALEXANDRIA, MN 56308-9443

---

NEIGHBORS OF THE CURRENT ADDRESS ARE LISTED BELOW:

[redacted] ORTONVILLE, MN 56278

Name: BRYAN NORM
Phone Number: (320)839-3855
Address: [redacted]
ORTONVILLE, MN 56278

Name: LYNCH DENNIS
Phone Number: (320)839-3904
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELESTEADT JAIME
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELSTAEDT JAMES
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: KUPER MARLYN
Phone Number: (320)839-7048
Address: [redacted]
ORTONVILLE, MN 56278

Name: KAYE THOMAS
Phone Number: (320)839-2838
Address: [redacted]
ORTONVILLE, MN 56278

Name: AMUNDSON LARRY
Phone Number: (320)839-7006
Address: [redacted]
ORTONVILLE, MN 56278

Name: REUPKE DAVID
Phone Number: (320)839-3142
Address: [redacted]
ORTONVILLE, MN 56278

Name: REBEHN HERMAN
Phone Number: (320)839-3263
Address: [redacted]
ORTONVILLE, MN 56278

Name: ANDERSEN STACIA
Phone Number: (320)839-3307
Address: [redacted]
ORTONVILLE, MN 56278

Name: IGOU BEULAH
Phone Number: (320)839-3323
Address: [redacted]
ORTONVILLE, MN 56278

Name: WONDRA ROBERT

| | |
|---|---|
| Phone Number: | (320)839-3352 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |
| Name: | JOHNSON RONALD |
| Phone Number: | (320)839-7150 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |
| Name: | HANRATTY MARY |
| Phone Number: | (320)839-3243 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |
| Name: | HOFFMAN FRANKLIN |
| Phone Number: | (320)839-2196 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |
| Name: | WARRICK DALE |
| Phone Number: | (320)839-3816 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |
| Name: | LUND WILLIAM A |
| Phone Number: | (320)839-2435 |
| Address: | [redacted] |
| | ORTONVILLE, MN 56278 |

---

RESIDENTIAL DEMOGRAPHIC INFORMATION FOR MOST CURRENT ADDRESS:

[redacted] ORTONVILLE, MN 56278

| | |
|---|---|
| High Rise: | NORMAL STREET ADDRESS |
| Median Income: | 288.84 |
| Median Home Value: | 37100.00 |
| Homeowner Probability: | 84% |
| Phone: | (320)839-4204 |

---

THE FOLLOWING CORPORATE RECORDS MATCHED YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be obtained through the appropriate Secretary of State.

MN Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
State Reported Data Available From 01/01/1901 Through 09/13/2004

| | |
|---|---|
| State: | MN |
| Company Name: | ALEXANDRIA COMPUTER BUSINESS SERVICES |
| Business Address: | [redacted] |
| | ALEXANDRIA, MN |
| Company ID Number: | X146644AN |
| Incorporated Date: | 06/16/1994 |
| Current Status: | ACTIVE |
| Corporation Type: | ASSUMED NAME |
| Duration: | 06/16/2004 |

Registered Agent
----------------
Nameholder: ROGER L OEHLER
Address: [redacted]
ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - - -

MN Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
State Reported Data Available From 01/01/1901 Through 09/13/2004

State: MN
Company Name: ALEXANDRIA COMPUTER BUSINESS SERVICES

Company ID Number: X146644ANI
Incorporated Date: 06/16/1994
Current Status: INACTIVE
Corporation Type: ASSUMED NAME
Duration: 06/16/2004

Registered Agent
----------------
Nameholder: ROGER L OEHLER
Address: [redacted]
ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - - -

================================================================================

THE FOLLOWING UNIFORM COMMERCIAL CODE FILINGS MATCH YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be obtained through the appropriate Secretary of State.

MN UCC Data Available From 01/01/1996 through 09/15/2004

Filing Number: 2122923
Filing Type: UCC FINANCE STMT.
File Date/Time: 04/16/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

History:
--------

Filing Number: 2126249
Filing Type: AMENDMENT
File Date/Time: 04/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2126284
Filing Type: AMENDMENT
File Date/Time: 04/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127816
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127817
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127819
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]

Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127820
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127821
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127822
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127823
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127824
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: FURNITURE & FIXTURES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130083
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130210
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132224
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132225
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132226
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132227
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2140089
Filing Type: AMENDMENT
File Date/Time: 06/17/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141103
Filing Type: AMENDMENT

File Date/Time: 06/21/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141526
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141527
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141590
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: VEHICLES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2142053
Filing Type: PARTIAL RELEASE
File Date/Time: 06/24/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143265
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143266
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143914
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: REAL PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143915
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2145834
Filing Type: AMENDMENT
File Date/Time: 07/09/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2146640
Filing Type: AMENDMENT
File Date/Time: 07/13/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148493
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148494
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

ChoicePoint Government Services Page 17 of 24

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148495
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2149210
Filing Type: PARTIAL RELEASE
File Date/Time: 07/22/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2159996
Filing Type: AMENDMENT
File Date/Time: 09/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES, HEREAFTER ACQUIRED PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2163847
Filing Type: PARTIAL RELEASE
File Date/Time: 09/21/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2165633
Filing Type: PARTIAL RELEASE
File Date/Time: 09/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2187658
Filing Type: PARTIAL RELEASE
File Date/Time: 12/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192314
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192315
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192980
Filing Type: PARTIAL RELEASE
File Date/Time: 01/12/2000

Debtor: Roger L. Oehler

[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194217
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194218
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194368
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195340
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.

[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195341
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199135
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199189
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199190
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2219250
Filing Type: PARTIAL RELEASE
File Date/Time: 04/14/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2257467
Filing Type: AMENDMENT
File Date/Time: 09/08/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2303634
Filing Type: AMENDMENT
File Date/Time: 03/01/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334519
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334520
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334521
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334522
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334523
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334524
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334525
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

```
Debtor:           Roger L. Oehler
                  [redacted]
                  Ortonville, MN 56278

Secured Party:    Oehler, Roger L.
                  [redacted]
                  Ortonville, MN 56278
```

- - - - - - - - - - - - - - - - - - - - - - - - -

```
Filing Number:    1729129
Filing Type:      UCC FINANCE STMT.
File Date/Time:   01/10/1995

Debtor:           OEHLER, ROGER
                  [redacted]
                  ALEXANDRIA, MN 56308

Add'l Debtors:    Oehler Roger
                  [redacted]
                  Alexandria, MN 56308

Secured Party:    1st American Bank Of Alexandria   720 Broadway   PO
                  Bx 309  Alexandria

                  FIRST AMERICAN BANK OF ALEXANDRIA
                  P.O. BOX 309
                  ALEXANDRIA, MN 56308

                  MN 56308

                  VIKING OFFICE SUPPLY
                    P.O. BOX 425
                    ALEXANDRIA, MN 56308

  Collateral:       EQUIPMENT


  History:
  --------

  Filing Number:    1893129
  Filing Type:      TERMINATION
  File Date/Time:   11/13/1996

  Debtor:           OEHLER, ROGER
                    [redacted]
                    ALEXANDRIA, MN 56308

  Add'l Debtors:    Oehler Roger
                    [redacted]
                    Alexandria, MN 56308

  Secured Party:    1st American Bank Of Alexandria   720 Broadway   PO
                    Bx 309  Alexandria

                    FIRST AMERICAN BANK OF ALEXANDRIA
                    P.O. BOX 309
                    ALEXANDRIA, MN 56308

                    MN 56308

                    VIKING OFFICE SUPPLY
                    P.O. BOX 425
                    ALEXANDRIA, MN 56308
```

Due to privacy regulations instituted by individual states, data from all states may not be available.

The selected DPPA purpose is permitted in these states: MN

POSSIBLE VEHICLES AT CURRENT ADDRESS:

OEHLER, [redacted], ORTONVILLE, MN, 56278
VIN SERVICES REPORT FOR USE BY GOVERNMENT AGENCY FOR LAW ENFORCEMENT

To View individual VIN detail results for an additional charge, please:

1. Click on the box under the "Item" column containing the VIN information you would like to review from the list below.
2. Click on the VIN search button at the bottom of the report.

| Item | VIN | Year | Make | Registered Owner |
|---|---|---|---|---|
| ☐ 1 | 1FMDU34X3TUC09496 | 96 | FORD | GALANIS, MARY K |
| ☐ 2 | 2B3ED56F3RH100445 | 94 | DODGE | OEHLER, ROGER L & GALANIS, |
| ☐ 3 | 116BA11A8GC001619 | 86 | MAC | GALANIS, ISAAC C |

NO RECORDS FOR YOUR SUBJECT WERE FOUND IN THE FOLLOWING SECTION(S):

| | |
|---|---|
| National Death Locator | 00/00/0000 through 09/30/2004 |
| High Risk Addresses | N/A |
| Infractions | N/A |
| SD Bankruptcies, Liens, and Judgm, Name & Address | N/A |
| NW Bankruptcies, Name & Social Security Number | N/A |
| SD Real Property Ownership | N/A |
| SD Property Owner by Subject's Address | N/A |
| SD Corporate Records by Name | 01/11/1865 through 10/07/2004 |
| SD Uniform Commercial Code Filings | 01/01/1996 through 09/15/2004 |
| Watercraft by Name & State | 00/00/0000 through 04/15/2003 |
| FAA Aircraft Owners Search by Owner Name | 00/00/0000 through 09/30/2004 |
| FAA Airmen by Name | 00/00/0000 through 09/30/2004 |

Certain consumer information contained herein provided by InfoUSA, Omaha, Nebraska, Copyright 1998, All Rights Reserved.

End of search.

full report | print format | save report | close

VIN Details (Additional Charge)    Cancel Remaining Search Sets

© 2000 ChoicePoint Asset Company. All rights reserved.