# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>and<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | ) | Criminal No. 02-151 JNE/RLE |

I hereby certify that on 3/1/05, I served, or caused to be served, the following documents:

**Plaintiff's Reply to Defendant's Commercial Affidavit filed in Connection with Garnishment of Defendant's 401(k) Account; Declaration of Nancy Lair; Exhibit List A-J; Exhibits A-J**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota. Addressee(s):

Roger Oehler
XX XXXXXXX XXXXXX
Ortonville, MN 56278

s/ Nancy J. Lair
________________________________
Nancy J. Lair