Copy

RECEIVED
BY MAIL

MAR 08 2005

CLERK US DIST COURT
MINNEAPOLIS MN

[For The Record] March 2nd, 2005

FOR THE RECORD: CR 02-151 JNE/RLE

This matter is in chambers.

The commercial agents, officers of the STATE, any FOREIGN CORPORATION, THIRD PARTY or FEDERAL ORGANIZATION have made a fraudulent commercial claim against my Character.

Judge, I am accepting Case # CR 02-151(JNE/RLE) with all attachments.

There are no facts in dispute.

Case # CR 02-151(JNE/RLE) is being returned to you with all attachments for this case has been already closed, and discharged.

Equality under the Law is PARAMOUNT, and Mandatory by law.

I declare myself competent.

I declare the commercial agents and all officers of the STATE, any FOREIGN CORPORATION, THIRD PARTY or FEDERAL ORGANIZATION incompetent all of the commercial agents and officers of the STATE involved with this claim are FIRED.

Release the voucher, all coupons, the master register of coupons to me immediately.

Signed Roger Leigh Oehler UCCI-207
All Rights Reserved

**Verification**

The Notice for the Record, Roger Leigh Oehler, certifies on his full commercial liability that he has read this Notice for the Record and issues the same with intent and understanding of purpose and dose solemnly swear, declare and state that the statements and contents contained herein are true, correct, and complete, not misleading, the truth, the whole truth and nothing but the truth.

**NOTICE TO PRINCIPAL IS NOTICE TO THE AGENTS -NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE**

You have three (3) days in which to comply with this Commercial Notice, from receipt, UCC 1-204. A lack of response in written form means that a fault exists, UCC 1-201(16), creating fraud through material misrepresentation that vitiates all forms, contracts, testimony, agreements, etc. expressed or implied, from the beginning, UCC 1-103.

Date: *March 4th, 2005* By *Roger Leigh Oehler*

Roger Leigh Oehler
c/o 71 Mc Cloud Street
Ortonville, MN 56278

On this day, Before me, a Notary Public, personally appeared
Roger Leigh Oehler, personally known to me or given photo I.D. as the living soul whose name is subscribed to the notice for the record above and this instrument and acknowledged that he executed the same.

______________________ Appointment Expires *3/1/08*
Notary

Seal/Stamp

# NOTICE OF NON-RESPONSE

Be it known to all interested parties that there has not been any timely response (10 days) to COMMERCIAL AFFIDAVIT of Roger Leigh Oehler from RICHARD D. S LETTON CLERK OF COURT or NANCY J. LAIR FINANCIAL LITIGATION AGENT dated February 11th, 2005, Declarant(s): ROGER LEIGH OEHLER and Roger Leigh Oehler; Respondent(s): RICHARD D. SLETTON CLERK OF COURT, NANCY J. LAIR FINANCIAL LITIGATION AGENT, such response to have been made for:

Roger Leigh Oehler
C/o 71 Mc Cloud Streed
Ortonville, MN 56278

C/o Respondent for Roger L. Oehler
Robert Hybertson,
P.O. Box 3922
Rapid City, SD 57701

Date: 3rd of March, 2005

By [signature]
Robert Hybertson
c/o P.O. Box 3922
Rapid City S.D. 57709

On this day, 3/3/05 Before me, a Notary Public, personally appeared Robert E. Hybertson, personally known to me or by proof of I.D. as the living soul whose name is subscribed to the affidavits above and this instrument and acknowledged that he executed the same.

[signature]

Appointment

Expires MY COMMISSION
EXPIRES Notary 8-1-08

Seal/Stamp

Notice of Non-Response
CLERK OF COURT
FINANCIAL LITIGATION AGENT