CR 02-151 JNE/RLE

CLERK OF THE UNITED STATES DISTRICT COURT
202 FEDERAL BUILDING
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

RECEIVED/1
[illegible] 26 A 9:37
U.S. ATT[illegible]
DIST. OF [illegible]

October 25th, 2004

RE: UNITED STATES OF AMERICA Plaintiff v. ROGER LEIGH OEHLER© Defendant

Dear CLERK OF COURT:

Since the Defendent is currently located in the DISTRICT OF SOUTH DAKOTA, the above Defendent requests that the enclosed proceedings to steal above Defendents property, be transferred by the court to the FEDERAL judicial DISTRICT OF SOUTH DAKOTA court located at SIOUX FALLS SOUTH DAKOTA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 25th, 2004

Respectfully,
ROGER LEIGH OEHLER©
by Roger Leigh: Oehler© agent
c/o 10455-041 KINGSBURY
FPC YANKTON
PMB 700
YANKTON SD 57078

copy: file

UNITED STATES ATTORNEY
FINANICAL LITIGATION UNIT
600 FEDERAL COURTHOUSE
600 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415

enclosure

GOVERNMENT EXHIBIT
I

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your 401K account is being garnished up to the amount of $3,435.00 by the United States of America, which obtained a judgment on December 16, 2003 in the sum of $204,577.99, plus interest and costs as a result of restitution. As of September 14, 2004, a balance of $207,220.99 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Roger L. Oehler, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations.

If you are Roger L. Oehler, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the enclosed exemptions

or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk

of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Court-house, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 9/23/04

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: ______________________
Deputy Clerk

X Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

X Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

INSTRUCTIONS TO DEFENDANT ON
HOW TO OBJECT TO
THE ANSWER OF GARNISHEE

Upon your receipt of the Answer of Garnishee, you have 20 days to file an objection to that Answer and to request a hearing to discuss your objection. Your objection must be in written form, and it must state your reasons for believing why the property being withheld by the garnishee is not subject to this garnishment.

The original written objection must be filed with the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

A copy of the objection must be served--personally or by mail--on:

United States Attorney
Attn.: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

and

Garnishee
3M Voluntary Investment Plan and
Employee Stock Ownership Plan
Attn: 401K
3M Center
Building 224-2W-15
St. Paul, MN 55144

If you did not claim exemptions on the Claim For Exemption Form and request a hearing through the Clerk's Notice of Post-Judgment Garnishment, a court order shall be entered, attaching the property that is the subject of this garnishment, unless you object to the Answer of Garnishee. Remember, if you do object to the Answer of Garnishee, you must be prepared to prove to the court at the objection hearing why the subject property is not subject to this garnishment. Property that is found to be subject to this garnishment shall be applied against the debt that is the basis for this collection proceeding.

## INSTRUCTIONS TO DEFENDANT ON HOW TO CLAIM EXEMPTIONS ON THE ENCLOSED CLAIM FOR EXEMPTION FORM

The prejudgment or postjudgment process indicated on the enclosed Clerk's Notice has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken to pay your debt to the Government. Such property is said to be exempt. The enclosed Claim for Exemption Form lists the major exemptions under Federal law that apply in all cases. Note, there is no exemption solely because you are having difficulty paying your debts.

If you wish to claim an exemption in this matter, you must fill out the enclosed Claim for Exemption Form. Then you must deliver or mail a copy of the form to the clerk's office and to counsel for the United States (addresses noted below).

If you believe the property the United States Government has taken is exempt, you may request a hearing before a Federal Magistrate Judge (see the enclosed Clerk's Notice). That hearing shall take place within five business days, or as soon as practicable, from the date you file your hearing request. (Remember, you must also serve a copy of the hearing request on counsel for the United States.) You should come to the hearing ready to explain why your property is exempt, and you should bring with you all supporting documentation. If you do not come to the court hearing at the designated time and prove that the property at issue is exempt, you may lose some of your rights.

You may find the advice of an attorney helpful in this matter.

Clerk of Court
United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

United States Attorney's Office
Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, MN 55415

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROGER LEIGH OEHLER,<br>Defendant,<br>and<br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Roger L. Oehler, Social Security Number, XXX-XX-3467, with the last known address of #10455-041, Yankton FPC, P.O. Box 680, Yankton, SD 57078.

The judgment was entered on December 16, 2003, for restitution. The judgment was entered in the amount of $204,577.99, plus interest and costs, $3,435.00 in special assessments and $10,000.00 in restitution was ordered due and payable immediately. A Writ of Garnishment for defendant's non-exempt interest in 401K Plan up to the amount of $10,000 was issued by the Court on June 21, 2004.

As of September 14, 2004, after applying payments, if any, the balance on this judgment debt was $207,220.99 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: 3M Voluntary Investment Plan and Employee Stock Ownership Plan, Attn:401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

Dated: September 21, 2004

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>and<br><br>3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | WRIT OF GARNISHMENT |

TO: 3M Voluntary Investment Plan and Employee Stock Ownership Plan, Attn: 401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

An application for a Writ of Garnishment against property of the above-named defendant, Roger L. Oehler, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on December 16, 2003, for monetary penalties. As of September 14, 2004, the balance on this judgment debt was $207,220.99 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Of that amount, $3,435.00.00 in special assessments and $10,000.00 in restitution was ordered due and payable immediately.

You, 3M Voluntary Investment Plan and Employee Stock Ownership Plan, the garnishee, are required by law to immediately withhold and retain any property, up to the amount of $3,435.00, in your

custody, control or possession in which the judgment debtor, Roger L. Oehler, has a substantial non-exempt interest. It is unlawful for you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at #10455-041, Yankton FPC, P.O. Box 680, Yankton, SD 57078; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 9/23/04

Raymond L Erickson

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 9/23/04

Deputy Clerk

know.now.™ Menus | Current Session Charges | Contact Us

ChoicePoint Public Sector — ChoicePoint Business & Government Ser CPGov

**SEARCH RESULTS**

Reports: Disc PLUS! w/VIN Details (OEHLER ROGER L)

full report | print format | save report | close

VIN Details (Additional Charge) Cancel Remaining Search Sets

```
                    Discovery PLUS! with VIN Details
Date: 11/30/2004
                                                          Time:  1:19 PM
Reference:                                               Requestor:
Search Criteria: OEHLER ROGER L
------------------------------------------------------------------------

*** SOCIAL SECURITY NUMBER:

   [redacted]-3467        State: SOUTH DAKOTA       Year Issued: 1962 - 1963

========================================================================

*** THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR
    NAME:

OEHLER, ROGER L                [redacted]-3467     Credit Header 2 (01/03)
OEHLER, ROGER LEIGH                                Credit Header 2 (04/04)

========================================================================

********** ALL CREDIT HEADER SOURCES HAVE BEEN SEARCHED **********

========================================================================

*** SUBJECT'S ADDRESS HISTORY(* INDICATES RECORDS WITH THE MOST CURRENT DATE)
    PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

OEHLER, ROGER L                                    SS# [redacted]-3467

ORTONVILLE, MN 56278                               Credit Header 2 (01/03)
[redacted] ORTONVILLE, MN 56278                    Credit Header 3 (10/02)
ORTONVILLE, MN 56278                               Credit Header 2 (10/02)
[redacted] ORTONVILLE, MN 56278                    Credit Header 2 (04/02)
[redacted] ALEXANDRIA, MN 56308                    Credit Header 3 (08/00)
[redacted], ORTONVILLE, MN 56278                   Credit Header 3 (07/00)
[redacted], RAPID CITY, SD 57702                   Credit Header 2 (07/99)
[redacted], ORTONVILLE, MN 56278                   Credit Header 2 (07/99)
                                                   Credit Header 2 (07/99)
[redacted], ORTONVILLE, MN 56278                   Credit Header 2 (07/99)
[redacted], ALEXANDRIA, MN 56308                   Credit Header 2 (01/99)
[redacted], ALEXANDRIA, MN 56308                   Credit Header 2 (01/98)
[redacted], ALEXANDRIA, MN 56308                   Credit Header 2 (10/96)
[redacted], ALEXANDRIA, MN 56308                   Credit Header 2 (07/96)

Date of Birth:        1946                         Credit Header 2
                      03/1946                      Credit Header 3
                      03/27/1946                   Credit Header 2
Phone:                (320)839-4204                White Pages
                      320-8394203                  Credit Header 2
                      320-8394204                  Credit Header 2
```

GOVERNMENT EXHIBIT J

CARDELS 800-783-0399

```
Gender:                 MALE                           Credit Header 2
------------------------------------------------------------------------------

OEHLER, ROGER LEIGH

[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (04/04)
ORTONVILLE MNR, ORTONVILLE, MN 56278                   Credit Header 2 (12/03)
[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (11/03)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (04/01)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (11/00)
[redacted], ORTONVILLE, MN 56278                        Credit Header 2 (03/00)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (07/99)
[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (10/96)
[redacted] ALEXANDRIA, MN 56308                         Credit Header 2 (07/94)
==============================================================================

*** THE FOLLOWING SUBJECT(S) WERE ALSO FOUND BUT HAVE DIFFERENT NAMES
    AND SOCIAL SECURITY NUMBERS THAN YOUR SUBJECT
    (PUBLIC RECORDS WILL NOT BE SEARCHED FOR THESE INDIVIDUALS):

OEHLER, ROGER L

[redacted], ALEXANDRIA, MN 56308                        Credit Header 2 (10/96)

Date of Birth:          03/27/1946                     Credit Header 2
Gender:                 MALE                           Credit Header 2
==============================================================================

*** OTHER POSSIBLE DRIVERS AT SUBJECT'S ADDRESS:

    Name:               GALANIS, DAVID MICHAEL
    Driver's License#:G452135603415 issued in MINNESOTA
    Date of Birth:      06/02/1988
    Sex:                MALE

[redacted], ORTONVILLE, MN 56278
==============================================================================

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

    Name:               OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:               SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], KEYSTONE, SD 57751
------------------------------------------------------------------------------

    Name:               OEHLER DUSTIN L
    Social Security# :[redacted]-5982

    Name:               OEHLER GLENDA J
    Social Security# :[redacted]-8334

    Name:               SILKEY GLENDA J
    Social Security# :[redacted]-8334

[redacted], ALEXANDRIA, MN 56308
------------------------------------------------------------------------------
```

Name: OEHLER GLENDA J
Social Security# [redacted]-8334

Name: SILKEY GLENDA J
Social Security# [redacted]-8334

[redacted] RAPID CITY, SD 57702

---

Name: OEHLER GLENDA J
Social Security# [redacted]-8334

[redacted], FARWELL, MN 56327

---

Name: OEHLER GLENDA J

[redacted], ALEXANDRIA, MN 56308

---

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social Security Numbers in Bankruptcy filings will be masked so that only the last four digits of the number will be made available. This masking is handled at the federal court level.

MN Bankruptcies, Liens, and Judgments
Data Available From 00/00/0000 Through 00/00/0000
Name and Address Search

Filing Number: 0600000056
Document Type: CIVIL
Judgment Date: 06/28/2000
Amount: $29,256
Defendant: OEHLER, ROGER L
[redacted]
ORTONVILLE, MN 56278
Additional Deft: PROVIDIAN NATL BK
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 294
Document Type: STATE TAX
Filing Date: 03/29/2000
Amount: $2,556
Debtor: OEHLER, ROGER L,[redacted]-3467
[redacted]
ORTONVILLE, MN 56278
Court: BIG STONE COUNTY COURT
County: BIG STONE, MN
Tax Authority: DEPARTMENT OF REVENUE

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 318
Document Type: STATE TAX
Filing Date: 04/18/2002
Amount: $12,681
Debtor: OEHLER, ROGER L,[redacted]-3467
[redacted]

ORTONVILLE, MN 56278
Court: BIG STONE COUNTY COURT
County: BIG STONE, MN
Tax Authority: DEPARTMENT OF REVENUE

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06100000057
Document Type: CIVIL
Judgment Date: 06/28/2000
Amount: $5,018
Defendant: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Additional Deft: PROVIDIAN NATL BK
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 06900000016
Document Type: CIVIL
Judgment Date: 01/12/2000
Amount: $30,114
Defendant: CITIBANK
Additional Deft: OEHLER, ROGER
[redacted]
ORTONVILLE, MN 56278
Court: ORTONVILLE DC
County: BIG STONE, MN

- - - - - - - - - - - - - - - - - - - - - - - - -

---

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): OEHLER/ROGER, L
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 031264640
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

Property Characteristics

Lot Size: 1,894,860
Legal Description: 'LY & E'LY 43.5 AC OF NW4NE4 & N2SW4NE4 ","AC

```
    Name:              OEHLER GLENDA J
    Social Security# [redacted]-8334

    Name:              SILKEY GLENDA J
    Social Security# [redacted]-8334

[redacted] RAPID CITY, SD 57702

---------------------------------------------------------------------------

    Name:              OEHLER GLENDA J
    Social Security# [redacted]-8334

[redacted] FARWELL, MN 56327

---------------------------------------------------------------------------

    Name:              OEHLER GLENDA J

[redacted], ALEXANDRIA, MN 56308

===========================================================================
```

THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

Pursuant to amendments to Section 2075 of Title 28, the Federal Rules of Bankruptcy Procedure and Official Forms, effective December 1, 2003, Social Security Numbers in Bankruptcy filings will be masked so that only the last four digits of the number will be made available. This masking is handled at the federal court level.

MN Bankruptcies, Liens, and Judgments
Data Available From 00/00/0000 Through 00/00/0000
Name and Address Search

```
Filing Number:       0600000056
Document Type:       CIVIL
Judgment Date:       06/28/2000
Amount:              $29,256
Defendant:           OEHLER, ROGER L
                     [redacted]
                     ORTONVILLE, MN 56278
Additional Deft:     PROVIDIAN NATL BK
Court:               ORTONVILLE DC
County:              BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:       294
Document Type:       STATE TAX
Filing Date:         03/29/2000
Amount:              $2,556
Debtor:              OEHLER, ROGER L,[redacted]-3467
                     [redacted]
                     ORTONVILLE, MN 56278
Court:               BIG STONE COUNTY COURT
County:              BIG STONE, MN
Tax Authority:       DEPARTMENT OF REVENUE
- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:       318
Document Type:       STATE TAX
Filing Date:         04/18/2002
Amount:              $12,681
Debtor:              OEHLER, ROGER L,[redacted]-3467
                     [redacted]
```

```
                          ORTONVILLE, MN 56278
Court:                    BIG STONE COUNTY COURT
County:                   BIG STONE, MN
Tax Authority:            DEPARTMENT OF REVENUE
- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:            06100000057
Document Type:            CIVIL
Judgment Date:            06/28/2000
Amount:                   $5,018
Defendant:                OEHLER, ROGER
                          [redacted]
                          ORTONVILLE, MN 56278
Additional Deft:          PROVIDIAN NATL BK
Court:                    ORTONVILLE DC
County:                   BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number:            06900000016
Document Type:            CIVIL
Judgment Date:            01/12/2000
Amount:                   $30,114
Defendant:                CITIBANK
Additional Deft:          OEHLER, ROGER
                          [redacted]
                          ORTONVILLE, MN 56278
Court:                    ORTONVILLE DC
County:                   BIG STONE, MN
- - - - - - - - - - - - - - - - - - - - - - - - - -

================================================================================

THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

                          MN  Real Property
          Data Available From 00/00/0000 Through 00/00/0000

     Owner(s):                OEHLER/ROGER,  L
     Mailing Address:         [redacted]
                              ALEXANDRIA, MN 56308-8071

     Property Address:        [redacted]
                              ALEXANDRIA, MN 56308-8071

     Owner(s) Phone No.:
     Parcel No.:              031264640
     County:                  DOUGLAS

     Sale Information:                      Assessor Information:
     -----------------------------------    -----------------------------------
       Sale Date:                             Exemption(s):
       Document No.:                          Tax Amount:
       Sale Amount:                           Assessed Value:
       Sale Full/Part:                        Percent Improved:
       Loan Amount(1ST):                      Year Sold to State:
       Loan Amount(2ND):                      Map Page New:               0000
       Loan Type:                             Map Grid New:             000000
       Multi or Port:

     -------------------------------------------------------------------------
     Property Characteristics
     -------------------------------------------------------------------------
       Lot Size:                   1,894,860
       Legal Description: 'LY & E'LY 43.5
            AC OF NW4NE4 & N2SW4NE4 ","AC
```

43.5 "," "," ","

---

Owner(s): OEHLER/ROGER, L/ETUX
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8071

Property Address: [redacted]
ALEXANDRIA, MN 56308-8071

Owner(s) Phone No.:
Parcel No.: 121145000
County: DOUGLAS

| Sale Information: | | Assessor Information: | |
|---|---|---|---|
| Sale Date: | | Exemption(s): | |
| Document No.: | | Tax Amount: | |
| Sale Amount: | | Assessed Value: | |
| Sale Full/Part: | | Percent Improved: | |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Page New: | 0000 |
| Loan Type: | | Map Grid New: | 000000 |
| Multi or Port: | | | |

---

Property Characteristics

---

Lot Size: 43,560
Legal Description: OTS 2 & 3 BLK 1
AC 2.57 "," "," "," ","

---

PROPERTY OWNERS WERE IDENTIFIED FOR YOUR SUBJECT'S ADDRESS(ES):

MN Real Property
Data Available From 00/00/0000 Through 00/00/0000

Owner(s): KIETZER, DONALD
Parcel No.: R492205400002
County: BLUE EARTH
Property Address: [redacted]
MN
Mailing Address: [redacted]
VERNON CENTER, MN 56090-9722

Owner(s): AMISTADI, LOUIS
Parcel No.: 020002300410
County: ST. LOUIS
Property Address: [redacted]
MN
Mailing Address: [redacted]
CHISHOLM, MN 55719-1973

Owner(s): TREMBATH, ARTHUR
Parcel No.: 916603330
County: ITASCA
Property Address: [redacted]
MN

Mailing Address: [redacted]
GRAND RAPIDS, MN 55744-3428

Owner(s): HILDENBRAND, DOUGLAS
Parcel No.: 020015006735
County: ST. LOUIS
Property Address: [redacted]
MN
Mailing Address: [redacted]
CHISHOLM, MN 55719-1539

Owner(s): HARBIG/HAZEL, S
Parcel No.: 270304000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-1743
Mailing Address: [redacted]
ALEXANDRIA, MN 56308

Owner(s): OEHLER/GLENDA, J
Parcel No.: 031363000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-8906
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-8906

Owner(s): DANIELSON/ROSEMARY TRUST, TRUS
Parcel No.: 271307000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/CURT, ROSEMARY
DANIELSON/CURT,
Parcel No.: 631282000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/CURT, ROSEMARY
DANIELSON/CURT,
Parcel No.: 631612000
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]
ALEXANDRIA, MN 56308-9443

Owner(s): DANIELSON/ROSEMARY TRUST, TRUS
Parcel No.: 271283200
County: DOUGLAS
Property Address: [redacted]
ALEXANDRIA, MN 56308-9443
Mailing Address: [redacted]

ALEXANDRIA, MN 56308-9443

==========================================================================

NEIGHBORS OF THE CURRENT ADDRESS ARE LISTED BELOW:

[redacted] ORTONVILLE, MN 56278

Name: BRYAN NORM
Phone Number: (320)839-3855
Address: [redacted]
ORTONVILLE, MN 56278

Name: LYNCH DENNIS
Phone Number: (320)839-3904
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELESTEADT JAIME
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: MITTELSTAEDT JAMES
Phone Number: (320)839-4238
Address: [redacted]
ORTONVILLE, MN 56278

Name: KUPER MARLYN
Phone Number: (320)839-7048
Address: [redacted]
ORTONVILLE, MN 56278

Name: KAYE THOMAS
Phone Number: (320)839-2838
Address: [redacted]
ORTONVILLE, MN 56278

Name: AMUNDSON LARRY
Phone Number: (320)839-7006
Address: [redacted]
ORTONVILLE, MN 56278

Name: REUPKE DAVID
Phone Number: (320)839-3142
Address: [redacted]
ORTONVILLE, MN 56278

Name: REBEHN HERMAN
Phone Number: (320)839-3263
Address: [redacted]
ORTONVILLE, MN 56278

Name: ANDERSEN STACIA
Phone Number: (320)839-3307
Address: [redacted]
ORTONVILLE, MN 56278

Name: IGOU BEULAH
Phone Number: (320)839-3323
Address: [redacted]
ORTONVILLE, MN 56278

Name: WONDRA ROBERT

Phone Number: (320)839-3352
Address: [redacted]
ORTONVILLE, MN 56278

Name: JOHNSON RONALD
Phone Number: (320)839-7150
Address: [redacted]
ORTONVILLE, MN 56278

Name: HANRATTY MARY
Phone Number: (320)839-3243
Address: [redacted]
ORTONVILLE, MN 56278

Name: HOFFMAN FRANKLIN
Phone Number: (320)839-2196
Address: [redacted]
ORTONVILLE, MN 56278

Name: WARRICK DALE
Phone Number: (320)839-3816
Address: [redacted]
ORTONVILLE, MN 56278

Name: LUND WILLIAM A
Phone Number: (320)839-2435
Address: [redacted]
ORTONVILLE, MN 56278

================================================================================

RESIDENTIAL DEMOGRAPHIC INFORMATION FOR MOST CURRENT ADDRESS:

[redacted] ORTONVILLE, MN 56278

High Rise: NORMAL STREET ADDRESS
Median Income: 288.84
Median Home Value: 37100.00
Homeowner Probability: 84%
Phone: (320)839-4204

================================================================================

THE FOLLOWING CORPORATE RECORDS MATCHED YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be obtained through the appropriate Secretary of State.

MN Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
State Reported Data Available From 01/01/1901 Through 09/13/2004

State: MN
Company Name: ALEXANDRIA COMPUTER BUSINESS SERVICES

Business Address: [redacted]
ALEXANDRIA, MN

Company ID Number: X146644AN
Incorporated Date: 06/16/1994
Current Status: ACTIVE
Corporation Type: ASSUMED NAME
Duration: 06/16/2004

Registered Agent
----------------
Nameholder: ROGER L OEHLER
Address: [redacted]
ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - -

MN Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1901 Through 11/03/2004
State Reported Data Available From 01/01/1901 Through 09/13/2004

State: MN
Company Name: ALEXANDRIA COMPUTER BUSINESS SERVICES

Company ID Number: X146644ANI
Incorporated Date: 06/16/1994
Current Status: INACTIVE
Corporation Type: ASSUMED NAME
Duration: 06/16/2004

Registered Agent
----------------
Nameholder: ROGER L OEHLER
Address: [redacted]
ALEXANDRIA, MN 56308

- - - - - - - - - - - - - - - - - - - - - - - - - -

=====================================================================

THE FOLLOWING UNIFORM COMMERCIAL CODE FILINGS MATCH YOUR SUBJECT'S NAME:

This data is for informational purposes only. Certification can only be obtained through the appropriate Secretary of State.

MN UCC Data Available From 01/01/1996 through 09/15/2004

Filing Number: 2122923
Filing Type: UCC FINANCE STMT.
File Date/Time: 04/16/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

History:
---------

Filing Number: 2126249
Filing Type: AMENDMENT
File Date/Time: 04/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2126284
Filing Type: AMENDMENT
File Date/Time: 04/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127816
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127817
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127819
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]

Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127820
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127821
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127822
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127823
Filing Type: PARTIAL RELEASE
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2127824
Filing Type: AMENDMENT
File Date/Time: 05/03/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: FURNITURE & FIXTURES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130083
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: EQUIPMENT

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2130210
Filing Type: PARTIAL RELEASE
File Date/Time: 05/11/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132224
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132225
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132226
Filing Type: PARTIAL RELEASE
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2132227
Filing Type: AMENDMENT
File Date/Time: 05/18/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2140089
Filing Type: AMENDMENT
File Date/Time: 06/17/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141103
Filing Type: AMENDMENT

File Date/Time: 06/21/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141526
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141527
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2141590
Filing Type: PARTIAL RELEASE
File Date/Time: 06/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: VEHICLES, UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2142053
Filing Type: PARTIAL RELEASE
File Date/Time: 06/24/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143265
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143266
Filing Type: PARTIAL RELEASE
File Date/Time: 06/29/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, VEHICLES

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143914
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: REAL PROPERTY

- - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2143915
Filing Type: PARTIAL RELEASE
File Date/Time: 07/01/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2145834
Filing Type: AMENDMENT
File Date/Time: 07/09/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2146640
Filing Type: AMENDMENT
File Date/Time: 07/13/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148493
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2148494
Filing Type: PARTIAL RELEASE
File Date/Time: 07/20/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

```
    Collateral:      UNDEFINED
- - - - - - - - - - - - - - - - - - - - - - - - - -

    Filing Number:   2148495
    Filing Type:     PARTIAL RELEASE
    File Date/Time:  07/20/1999

    Debtor:          Roger L. Oehler
                     [redacted]
                     Ortonville, MN 56278

    Secured Party:   Oehler, Roger L.
                     [redacted]
                     Ortonville, MN 56278

    Collateral:      UNDEFINED
- - - - - - - - - - - - - - - - - - - - - - - - - -

    Filing Number:   2149210
    Filing Type:     PARTIAL RELEASE
    File Date/Time:  07/22/1999

    Debtor:          Roger L. Oehler
                     [redacted]
                     Ortonville, MN 56278

    Secured Party:   Oehler, Roger L.
                     [redacted]
                     Ortonville, MN 56278

    Collateral:      UNDEFINED
- - - - - - - - - - - - - - - - - - - - - - - - - -

    Filing Number:   2159996
    Filing Type:     AMENDMENT
    File Date/Time:  09/03/1999

    Debtor:          Roger L. Oehler
                     [redacted]
                     Ortonville, MN 56278

    Secured Party:   Oehler, Roger L.
                     [redacted]
                     Ortonville, MN 56278

    Collateral:      UNDEFINED, FURNITURE & FIXTURES, HEREAFTER ACQUIRED
                     PROPERTY
- - - - - - - - - - - - - - - - - - - - - - - - - -

    Filing Number:   2163847
    Filing Type:     PARTIAL RELEASE
    File Date/Time:  09/21/1999

    Debtor:          Roger L. Oehler
                     [redacted]
                     Ortonville, MN 56278

    Secured Party:   Oehler, Roger L.
                     [redacted]
                     Ortonville, MN 56278

    Collateral:      UNDEFINED
```

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2165633
Filing Type: PARTIAL RELEASE
File Date/Time: 09/28/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2187658
Filing Type: PARTIAL RELEASE
File Date/Time: 12/23/1999

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192314
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192315
Filing Type: PARTIAL RELEASE
File Date/Time: 01/10/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2192980
Filing Type: PARTIAL RELEASE
File Date/Time: 01/12/2000

Debtor: Roger L. Oehler

[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED, FURNITURE & FIXTURES

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194217
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194218
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2194368
Filing Type: PARTIAL RELEASE
File Date/Time: 01/18/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195340
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.

[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2195341
Filing Type: PARTIAL RELEASE
File Date/Time: 01/21/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199135
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199189
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2199190
Filing Type: PARTIAL RELEASE
File Date/Time: 02/04/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2219250
Filing Type: PARTIAL RELEASE
File Date/Time: 04/14/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2257467
Filing Type: AMENDMENT
File Date/Time: 09/08/2000

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2303634
Filing Type: AMENDMENT
File Date/Time: 03/01/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

Collateral: UNDEFINED

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334519
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334520
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334521
Filing Type: AMENDMENT
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334522
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334523
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334524
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

Debtor: Roger L. Oehler
[redacted]
Ortonville, MN 56278

Secured Party: Oehler, Roger L.
[redacted]
Ortonville, MN 56278

- - - - - - - - - - - - - - - - - - - - - - - - - -

Filing Number: 2334525
Filing Type: PARTIAL RELEASE
File Date/Time: 05/16/2001

```
Debtor:          Roger L. Oehler
                 [redacted]
                 Ortonville, MN 56278

Secured Party:   Oehler, Roger L.
                 [redacted]
                 Ortonville, MN 56278
```

- - - - - - - - - - - - - - - - - - - - - - - - -

```
Filing Number:   1729129
Filing Type:     UCC FINANCE STMT.
File Date/Time:  01/10/1995

Debtor:          OEHLER, ROGER
                 [redacted]
                 ALEXANDRIA, MN 56308

Add'l Debtors:   Oehler Roger
                 [redacted]
                 Alexandria, MN 56308

Secured Party:   1st American Bank Of Alexandria   720 Broadway   PO
                 Bx 309   Alexandria

                 FIRST AMERICAN BANK OF ALEXANDRIA
                 P.O. BOX 309
                 ALEXANDRIA, MN 56308

                 MN 56308

                 VIKING OFFICE SUPPLY
                   P.O. BOX 425
                   ALEXANDRIA, MN 56308

  Collateral:      EQUIPMENT


  History:
  --------

  Filing Number:   1893129
  Filing Type:     TERMINATION
  File Date/Time:  11/13/1996

  Debtor:          OEHLER, ROGER
                   [redacted]
                   ALEXANDRIA, MN 56308

  Add'l Debtors:   Oehler Roger
                   [redacted]
                   Alexandria, MN 56308

  Secured Party:   1st American Bank Of Alexandria   720 Broadway   PO
                   Bx 309   Alexandria

                   FIRST AMERICAN BANK OF ALEXANDRIA
                   P.O. BOX 309
                   ALEXANDRIA, MN 56308

                   MN 56308

                   VIKING OFFICE SUPPLY
                   P.O. BOX 425
                   ALEXANDRIA, MN 56308
```

Due to privacy regulations instituted by individual states, data from all states may not be available.

The selected DPPA purpose is permitted in these states: MN

---

POSSIBLE VEHICLES AT CURRENT ADDRESS:

OEHLER, [redacted], ORTONVILLE, MN, 56278
VIN SERVICES REPORT FOR USE BY GOVERNMENT AGENCY FOR LAW ENFORCEMENT

To View individual VIN detail results for an additional charge, please:

1. Click on the box under the "Item" column containing the VIN information you would like to review from the list below.
2. Click on the VIN search button at the bottom of the report.

| Item | VIN | Year | Make | Registered Owner |
|---|---|---|---|---|
| ☐ 1 | 1FMDU34X3TUC09496 | 96 | FORD | GALANIS, MARY K |
| ☐ 2 | 2B3ED56F3RH100445 | 94 | DODGE | OEHLER, ROGER L & GALANIS, |
| ☐ 3 | 116BA11A8GC001619 | 86 | MAC | GALANIS, ISAAC C |

---

NO RECORDS FOR YOUR SUBJECT WERE FOUND IN THE FOLLOWING SECTION(S):

| | |
|---|---|
| National Death Locator | 00/00/0000 through 09/30/2004 |
| High Risk Addresses | N/A |
| Infractions | N/A |
| SD Bankruptcies, Liens, and Judgm, Name & Address | N/A |
| NW Bankruptcies, Name & Social Security Number | N/A |
| SD Real Property Ownership | N/A |
| SD Property Owner by Subject's Address | N/A |
| SD Corporate Records by Name | 01/11/1865 through 10/07/2004 |
| SD Uniform Commercial Code Filings | 01/01/1996 through 09/15/2004 |
| Watercraft by Name & State | 00/00/0000 through 04/15/2003 |
| FAA Aircraft Owners Search by Owner Name | 00/00/0000 through 09/30/2004 |
| FAA Airmen by Name | 00/00/0000 through 09/30/2004 |

---

Certain consumer information contained herein provided by InfoUSA, Omaha, Nebraska, Copyright 1998, All Rights Reserved.

End of search.

full report | print format | save report | close

VIN Details (Additional Charge) Cancel Remaining Search Sets

© 2000 ChoicePoint Asset Company. All rights reserved.

## Other Documents

0:02-cr-00151-JNE-RLE USA v. Oehler **CASE CLOSED on 12/16/2003**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 3/1/2005 at 3:52 PM CST and filed on 3/1/2005

**Case Name:** USA v. Oehler
**Case Number:** 0:02-cr-151
**Filer:** United States of America
**Document Number:** 136

**Docket Text:**
DECLARATION *of Nancy Lair* by United States of America as to Roger Leigh Oehler re [135] Response (Attachments: # (1) Exhibit List# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# (8) Exhibit G# (9) Exhibit H# (10) Exhibit I# (11) Exhibit J)(Trippler, Mary)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-0] [6c7de223e0492d7260c0d5740ad22892f9e1cc83e1598de59abe690b38b7b6be7c888 2b898efb867b2723a8df3a99a9f96227f5ab4e98f9c32819389fa537049]]
**Document description:** Exhibit List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-1] [0d575bc48cdd8663b944ed026d379b44df2a87b22091b424abd8abb0c8305899a326e 8ac92274a6a0d5dd04fc01a6486fca77a3d8b4c80e8793fe94942d6827b]]
**Document description:** Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-2] [53678df7bea920fc97724047725ee5420f640412d56fc852a754b9cdf5f46b47ebfcc 3f99a1e932c8e454140fb32341514ef85e6b235e03fe6042201abf37828]]
**Document description:** Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-3] [36aa6bdf4d6a32a8a43bec2dee427877d6ae922104d82b1d733c7465302989d647ba8 f16506e1473dcc09ab7bfaf01f7e7831f2fab56e38aaf8e607c93dcfb5a]]
**Document description:** Exhibit C
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-4]
[051ddb78518c715f043e3daf343015c1e6f8e842c062f03bfe5a55cd3a6347d03e082
084aa289a23de0f6592cf0ebb3cb2cef70eed0dd380ddcca8ff4ccb41a5]]
**Document description:** Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-5]
[64135249ae58b17c8c4991231da3cb0663ea40605b95f218c223095545b29bafe139e
5352925dd19006cb66afdb69f1545cc4e0380128ab972936b0e50bed02a]]
**Document description:** Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-6]
[34e19d8d13af9c660d6043e1a4c03dfd16ead1fa7a63cd6c221368a908af3e6d89a93
2dc6e33922de80259299343d8ae3e440f3ee676ec07a2daee6cf1663f64]]
**Document description:** Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-7]
[cc90cd156784b50b2748450d491eeffc1d3f0d80fe7c40f80e28908781a72fcb8d411
e09df9151e97efa1323051dc2e07a9ae1646d1a86db669aa80c00a1987e]]
**Document description:** Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-8]
[c168f10a10e11e6ca684fabf14e5c46cde11b02d77e3cb9ac5cbf9f40177c251b5ce8
cafe57b960717483d23a7d59cb534c7ae7ca3bda64a5c948dd36545ab0e]]
**Document description:** Exhibit H
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-9]
[c7ea16defa10f6a0daf49a2e2c2df619cc1c298bee55cd1e794fb572d5f8c43a78041
e3b32965d0f314ebe31dd3178dcd4eed9b496581d425e8229e5b0f1e295]]
**Document description:** Exhibit I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-10]
[0646efd7cc17c5bece08fa7937afc756ee1014916140fdce077f97cff2626a6d72de
026be33823f6827ac4c34c7ef5d758d3b0795327fd09cd67771bde07ac52]]
**Document description:** Exhibit J
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502312-11]
[9d002473c3c5c37871abd1000be062dd4b51888b654161076ae54f1ac54c4a95e69a
6d324e2366d70b11f7a57a16626b9c12c2aca22271d0d5f8c5ee54e4ec5c]]

**0:02-cr-151-1 Notice will be electronically mailed to:**

Michael L Cheever michael.cheever@usdoj.gov,
allison.berg@usdoj.gov;usamnecf.criminal@usdoj.gov

Kurt B Glaser KurtGlaser@GlaserLaw.net, LisaWickey@GlaserLaw.net

Mary L Trippler mary.trippler@usdoj.gov, muriel.holland@usdoj.gov;usamnecf.civil@usdoj.gov

**0:02-cr-151-1 Notice will be delivered by other means to:**

3M Voluntary Investment Plan and Employee Stock Ownership Plan
3M Center
Building 224-2W-15
St. Paul, MN 55144

Roger Leigh Oehler
71 McCloud Street
Ortonville, MN 56278

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 02-151 JNE/RLE |
| ROGER LEIGH OEHLER, | ) | |
| Defendant, | ) | |
| and | ) | |
| 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN, | ) | |
| Garnishee. | ) | |

I hereby certify that on 3/1/05, I served, or caused to be served, the following documents:

**Plaintiff's Reply to Defendant's Commercial Affidavit filed in Connection with Garnishment of Defendant's 401(k) Account; Declaration of Nancy Lair; Exhibit List A-J; Exhibits A-J**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota. Addressee(s):

Roger Oehler
XX XXXXXXX XXXXXX
Ortonville, MN 56278

s/ Nancy J. Lair

Nancy J. Lair

## Service of Process

0:02-cr-00151-JNE-RLE USA v. Oehler **CASE CLOSED on 12/16/2003**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was entered on 3/1/2005 at 4:03 PM CST and filed on 3/1/2005

**Case Name:** USA v. Oehler
**Case Number:** 0:02-cr-151
**Filer:** United States of America
**Document Number:** 137

**Docket Text:**
Certificate of Service by United States of America as to Roger Leigh Oehler re [136] Declaration,, [135] Response *to Defendant's Commercial Affidavit Filed in Connection with Garnishment of Defendant's 401(k) Account.*(Trippler, Mary)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=3/1/2005] [FileNumber=502377-0]
[3bac35deee609adb675ba37c56729ae1ac16178a7a0b789b70b8527d4aca2763e0f28
1148258dbce2c8d55ecd124a4f7118c4eafcf888f82b24c81729c5be26b]]

**0:02-cr-151-1 Notice will be electronically mailed to:**

Michael L Cheever michael.cheever@usdoj.gov,
allison.berg@usdoj.gov;usamnecf.criminal@usdoj.gov

Kurt B Glaser KurtGlaser@GlaserLaw.net, LisaWickey@GlaserLaw.net

Mary L Trippler mary.trippler@usdoj.gov, muriel.holland@usdoj.gov;usamnecf.civil@usdoj.gov

**0:02-cr-151-1 Notice will be delivered by other means to:**

3M Voluntary Investment Plan and Employee Stock Ownership Plan
3M Center
Building 224-2W-15
St. Paul, MN 55144

Roger Leigh Oehler
71 McCloud Street
Ortonville, MN 56278

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 (JNE/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROGER LEIGH OEHLER,<br>Defendant,<br>and<br>3M VOLUNTARY INVESTMENT AND EMPLOYEE STOCK OWNERSHIP PLAN,<br>Garnishee. | GARNISHMENT ORDER |

TO: Roger Leigh Oehler, defendant at XX XXXXXXX XXXXXX, Ortonville, MN 56278 and 3M Voluntary Investment and Employee Stock Ownership Plan, garnishee at Attn: 401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

A Writ of Continuing Garnishment was duly issued by this Court on June 16, 2004. Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about October 19, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of a 401(k) Defined Contribution Plan.

The defendant objected to the Writ of Garnishment and, accordingly, the Court set a briefing schedule and heard arguments.

Based upon the briefs, affidavits, declarations and arguments submitted to the Court and upon all the files, records and

proceedings herein,

IT IS HEREBY ORDERED, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, by checks or money orders made payable to the "U.S. Clerk of Court," property of the judgment debtor in their possession, custody or control, up to the amount of $10,000.00 as levied upon the Writs of Continuing Garnishment issued on June 16, 2004.

Dated:

______________________________
Magistrate Judge
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 (JNE/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant,<br><br>and<br><br>3M VOLUNTARY INVESTMENT AND EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Garnishee. | GARNISHMENT ORDER |

TO: Roger Leigh Oehler, defendant at XX XXXXXXX XXXXXX, Ortonville, MN 56278 and 3M Voluntary Investment and Employee Stock Ownership Plan, garnishee at Attn: 401K, 3M Center, Building 224-2W-15, St. Paul, MN 55144

A Writ of Continuing Garnishment was duly issued by this Court on September 23, 2004. Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about October 19, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of a 401(k) Defined Contribution Plan.

The defendant objected to the Writ of Garnishment and, accordingly, the Court set a briefing schedule and heard arguments.

Based upon the briefs, affidavits, declarations and arguments submitted to the Court and upon all the files, records and

proceedings herein,

IT IS HEREBY ORDERED, that the garnishee pay to the plaintiff, in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, by checks or money orders made payable to the "U.S. Clerk of Court," property of the judgment debtor in their possession, custody or control, up to the amount of $3,435.00 as levied upon the Writs of Continuing Garnishment ussued on September 23, 2004.

Dated:

Magistrate Judge
United States District Court