**UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
5l5 W. FIRST ST.
DULUTH, MINNESOTA 55802

**CHAMBERS OF**
**HON. RAYMOND L. ERICKSON**

**Phone (218)529-3520**
**Fax (218)529-3529**

April 5, 2004

Mr. Roger L. Oehler
71 McCloud St.
Ortonville, MN 56278

Re: USA v. Oehler
Crim. No. 02-151 (JNERLE)

Dear Mr. Oehler:

I am returning the copy you submitted to the Court that is a copy of the Report and Recommendation dated March 24, 2005, which you indicate as a “copy for Mary L. Tripper [sic]”, along with a written statement on the front page above your signature.

The Court will retain the copy you entitled “copy for Raymond L. Erickson”. The Court will not forward Ms. Trippler’s copy.

Sincerely,

s/Victoria L. Miller

Victoria L. Miller
Judicial Assistant

cc: Clerk of Court (pdf)
Ms. Mary L. Trippler, AUSA