UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROGER LEIGH OEHLER, | )  **ORDER** |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| 3M VOLUNTARY INVESTMENT PLAN AND | ) |
| EMPLOYEE STOCK OWNERSHIP PLAN), | |
| | ) |
| Garnishee. | ) |

On March 24, 2005, a Report and Recommendation ("R&R") was issued recommending that the garnishee pay $10,000.00 to the Clerk of Court pursuant to a Writ of Continuing Garnishment issued on June 16, 2004. Objections to the R&R were due no later than April 8, 2005. Neither party has filed objections.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The R&R dated March 24, 2005 is adopted; and

2. The garnishee shall pay $10,000.00 to the Clerk of Court pursuant to the Writ of Garnishment.

Dated: June 7, 2005       s/ Joan N. Ericksen
     Joan N. Ericksen
     Judge of District Court