UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
ROGER LEIGH OEHLER, ) **ORDER**
)
Defendant, )
)
and )
)
3M VOLUNTARY INVESTMENT PLAN AND )
EMPLOYEE STOCK OWNERSHIP PLAN, )
)
Garnishee. )

On March 24, 2005, a Report and Recommendation ("R&R") was issued recommending that the garnishee pay $10,000.00 to the Clerk of Court pursuant to a Writ of Continuing Garnishment issued on June 16, 2004. Objections to the R&R were due no later than April 8, 2005. Neither party has filed objections.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The R&R dated March 24, 2005 is adopted; and

2. The garnishee shall pay $10,000.00 to the Clerk of Court pursuant to the Writ of Garnishment.

Dated: June 7, 2005

s/ Joan N. Ericksen
Joan N. Ericksen
Judge of District Court