Copy

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*(612)664-5600*

June 8, 2005

3M Company
Attn: Steve Beilke, 3M General Counsel
3M Center
Building 220-11W-02
St. Paul, MN 55144

RE: United States v. Roger Leigh Oehler
Criminal No. 02-151 JNE/RLE

Dear Mr. Beilke:

Enclosed please find a copy the Order dated June 7, 2005, which requires you as garnishee to pay over the sums of $10,000.00 owed to the judgment debtor, as levied upon by the Writ of Continuing Garnishment served July 2, 2004.

Please forward the amounts owed to the United States Clerk of Court at 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. Checks should be made payable to the "U.S. Clerk of Court".

If you have any questions, I can be reached at (612)664-5656.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Nancy J. Lair

BY: NANCY J. LAIR
Financial Litigation Agent

enclosure

c: Roger Oehler

Accepted as true and return as true for settlement and closure of this account. Contract is null and void due to treasonous acts and misrepresentation of law and procedure of contract.
June 17th, 2005
EIN 505543467
Roger Leigh Oehler

SCANNED
JUN 20 2005
U.S. DISTRICT COURT MPLS

Copy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROGER LEIGH OEHLER,
Defendant,

and

3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN,
Garnishee.

ORDER

I accept as true and return as true for settlement and closure of this account. Contract is null and void due to treasonous acts and misrepresentation of law and procedure of contract
June 17th, 2005
EIN 503543467
Roger Leigh: Oehler

BY MAIL

On March 24, 2005, a Report and Recommendation ("R&R") was issued recommending that the garnishee pay $10,000.00 to the Clerk of Court pursuant to a Writ of Continuing Garnishment issued on June 16, 2004. Objections to the R&R were due no later than April 8, 2005. Neither party has filed objections.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The R&R dated March 24, 2005 is adopted; and

2. The garnishee shall pay $10,000.00 to the Clerk of Court pursuant to the Writ of Garnishment.

Dated: June 7, 2005

s/ Joan N. Ericksen
Joan N. Ericksen
Judge of District Court