CR 02-151 JNE/RLE

[redacted]

RECEIVED BY MAIL

JUN 2005

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Roger L. Oehler
71 McCloud Street
Ortonville, MN 56278

Filing NO: 2002434050
Filing Date: 2002/06/12
Filing Time: 1:10 PM
State of Minnesota
Processing Office: Big Stone
Filed by: janpar06

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # 2122923;99APR16 AM 8:00

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☒ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Oehler | Roger | L. | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Oehler | Roger | L. | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: 71 McCloud Street | Ortonville | Min. | Near 56278 | USA |

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

All of debtor's assets, land, and personal property, and all of debtor's interest in said assets, land, and personal property, now owned and hereafter arising, and whereever located, described fully in Security Agreement No. RLO-061202-SA dated the Twelfth Day of the Sixth Month in the Year of Our Lord Two Thousand Two, in favor of assignee, new secured party of record, Roger L. Oehler. Inquiring parties may consult with debtor directly for ascertaining, in detail, financial relationship between debtor and new secured party of record, identified in security agreement referenced above. Adjustment of this filing is in accord with UCC §§ 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| OEHLER | ROGER | L. | |

10. OPTIONAL FILER REFERENCE DATA



REORDER FROM Registré, Inc. 514 PIERCE ST. P.O. BOX 218 ANOKA, MN

**Filing NO: 2002434050**

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2122923; 99APR16 AM 8:00

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| --- | --- | --- |
| OEHLER | ROGER | L. |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

signature in accord with §§ 1-201(39), 3-401.

Filing NO: 2002434050

VERIFIED DECLARATION IN THE NATURE OF AFFADVIT OF TRUTH IN COMMERCE, AND CONTRACT FOR WAIVER OF TORT PRESENTED BY ME, ADDRESSEE, Roger Leigh Oehler, LIVING SOUL, ONE OF WE THE PEOPLE UNDER ORIGINAL COMMON LAW JURISDICTION OF THE MINNESOTA AND UNITED STATES CONTRACTS, THE CONSTITUTIONS

Minnesota state )
) SS.
Big Stone county )

To Whom it may concern,

In the Matter of Fiction known as ROGER L. OEHLER (and all derivatives thereof).

I, me, addressee Roger Leigh Oehler, (herein after Secured Party) the undersigned one of We the People, Sovereigns, natural born living souls, the Posterity, born upon the land in the one of several counties within the one of the several States united of America, the undersigned Posterity, Creditors, Claimants, and Secured Party, hereinafter "Secured Party, I, me" do hereby solemnly declare, say, and state:

1. I, me, the Secured Party am competent to state the matters set forth herewith.
2. I, me, the Secured Party have personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, complete, and certain, admissible as evidence, and if testifying I, me, the Secured Party shall so state.

PLAIN STATEMENT OF FACTS

A matter must be expressed to be resolved. In commerce truth is sovereign. Truth is expressed in the form of an Affidavit. An unrebutted Affidavit stands as Truth in commerce. An unrebutted Affidavit becomes the judgement in commerce. An Affidavit of Truth, under commercial law, can only be satisfied: by a rebuttal Affidavit of truth, by payment, by agreement, by resolution by a jury according to the rules of Common Law.

I, me, Secured Party am expressing truth by this Verified Declaration in the Nature of an Affidavit of Truth in Commerce and Contract for Waiver of Tort presented by me, addressee, Roger Leigh Oehler, living soul, the Secured Party, one of We the People under Original Common Law Jurisdiction of Minnesota and United States Contracts, the Constitutions.

WHEREAS, the public record is the highest form of evidence, I, me, Secured Party, am hereby timely creating public record by Declaration with this Verified Declaration in the Nature of an Affidavit of Truth in Commerce and Contract for Waiver of Tort Presented by me, addressee, Roger Leigh Oehler, living soul, the Secured Party, one of We the People under Original Common Law Jurisdiction of Minnesota and United States Contracts, the Constitutions.

1. Fact: The persons known as ROGER LEIGH OEHLER (and all derivatives thereof) is a fiction (hereinafter Fiction) without form or substance, and any resemblance to any natural born body living or dead is entirely intentional in commercial fraud by acts of genocide of We the People of Minnesota by the alleged Government officials and Agents of the Commercial Corporation and Commercial Courts for the purpose of disfranchising We the People of Minnesota from our Life, Liberty, Property, and Pursuit of Happiness for their self enrichment using their rules of procedure, rules of evidence, and their commercial courts outside the authority of law, and outside the common law court's jurisdiction.

2. Fact: I have placed a copyright on the Fiction known as ROGER LEIGH OEHLER (and all derivatives thereof) and is now my private property and cannot be used without my prior written consent and then only under the terms set out in this contract.

Filing NO: 2002434050

# ACKNOWLEDGMENT

*Grant of Exclusive power of attorney to conduct all business*
*And legal affairs of principal person*

## POWER OF ATTORNEY

I, ROGER L. OEHLER DEBTOR, 71 MCCLOUD STREET, ORTONVILLE, MINNESOTA 56278, do hereby appoint Roger Leigh Oehler Creditor, c/o 71 McCloud Street, Ortonville, Minnesota [56278] as my attorney-in-fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name an place, without limitations on the powers necessary to carry out this exclusive purpose of attorney-in-fact. This Power of Attorney completely revokes all authority made by previous/prior powers of attorney *ab initio*, whether by presumption, legal fiction or fact, and includes any and all entities including governmental/quasi/colorable agencies and/or departments created under authority of Article I, § 8, Clause 17, of the Constitution on grounds of fraud, and lack of full disclosure. This Power of Attorney authorization includes, but in not limited to, the following:

(A) To take possession of, hold, and manage my real estate and all other property;

(B) To receive money or property paid or delivered to me from any source;

(C) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box: standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact Roger Leigh Oehler, in exercising this exclusive power of attorney;

(E) To retain any investments, invest, and invest in stock, bonds or other securities, or in real estate or other property;

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact Roger Leigh Oehler, may consider prudent;

(H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate, to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I) To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J) To purchase and maintain such policies of insurance against liability, fir, casualty, or other risks as my attorney-in-fact Roger Leigh Oehler, may consider prudent;

The creditor, Roger Leigh Oehler, named herein on the Form UCC-1 Financing Statement filed with the Secretary of State of Minnesota is authorized by law to act for and in control of the DEBTOR, ROGER LEIGH OEHLER, or any

3. Fact: The Fiction is my perfected securities and registered by contract with me and is my recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is the private property of me, the Secured Party, for the protection of my Estate, my Life, and Liberty.

4. Fact: Use of my Fiction on any document associated in any manner with my Estate or me, the holder in due course, Secured Party, without my written prior consent is strictly forbidden and chargeable to each user and issuer in the amount of the sum certain of one thousand (1000) dollars of silver specie in lawful coinage of the United States per user and per issuer per Fiction use.

5. Fact: Use of the Fiction for the intent of gains for themselves (the issuers or users) or for others of any of my Rights, my private property or any part of my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable to each of the users and issuers in the amount of the sum certain of million (1,000,000) dollars of silver specie in lawful coinage of the United States as defined under Article 1, Section 10 of We the People's Contract/Constitution for the United States per use of Fiction including any past, present or future use.

6. Fact: Use of my Fiction on any document associated in any manner with my Estate or me, the holder in due course, Secured Party, without my written prior consent is all of the evidence required for enforcement of this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein this agreement/contract.

I, me, the Secured Party, am not an expert in the Law, however I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceeding justly determined. If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing me with your counter Declaration/affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of law that this affidavit by Declaration is substantially and materially false sufficiently to change materially my or the Fiction' status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all party, due and payable and enforceable by law. The criminal penalties for commercial fraud to be determined by jury, by law, the monetary value is set by me for violation of my rights and for breach of the law the contract the Constitutions in the amount of a sum certain stated herein for dollars specie of silver coin lawful money of the United States as defined by Article 1, Section 10 of the Constitution of We the People for the United States and will be due payable of the eleventh day or any day there after as use occurs after filing by me, in the public records of the county of Big Stone, Minnesota, of this declaration.

The Undersigned, I, me, the Secured Party, holder in due course of the original do herewith declare, state and say that I, Secured Party, issue this with sincere intent in truth, that I, me, the undersigned Secured Party, am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my knowledge by me undersigned addresses.

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

NOTICE TO THE COUNTY CLERK FOR THE COUNTY OF BIG STONE, MINNESOTA AND COURT OF RECORD OF ORIGINAL JURISDICTION IS NOTICE TO ALL

Addressee signature, holder in due course, the Secured Party,

Roger L. Oehler

Roger L. Oehler
c/o: 71 McCloud Street
Ortonville, Minnesota [56278]

NOTICE

The use of a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose of notary is for verification and identification only, for the benefit of the Pagans and Heathens so they whom I pray may become knowledgeable in the truth and of the Law of our Father in Heaven, and His son Jesus Christ, and repent, so they will no longer be alienated from their true God and not for entrance into any foreign jurisdiction.

Minnesota state )
) SS.
Big Stone county )

This instrument was acknowledged before me, a Notary Public in and for the State of Minnesota, on this the 12 day of the month of June, 2002.

Dianne J Cornelisen

Notary Public in and for the State of Minnesota Seal: DIANNE J. CORNELISEN NOTARY PUBLIC - MINNESOTA My Comm. Exp. Jan. 31, 2005

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing document, Verified Declaration in the Nature of an Affidavit of Truth in Commerce and Contract for Waiver of Tort Presented by me, addressee, Roger Leigh Oehler, living soul, the Secured Party, one of We the People under Original Common Law Jurisdiction of Minnesota and United States Contracts, the Constitutions, is recorded in the public records by the Clerk of the Court for the county of Big Stone, this ________ day of the month of ______________ in the year of our Lord and Savior, Two Thousand and Two A.D. as Notice to the agent is notice to the principal, and for all other matters and for notice for all party including any and all competent witnesses, all party(s) and all other claims pertaining to my Fiction dating back to the year of it's creation.

By me addressee, ____________________________________

derivative thereof. In addition, through the exclusive power of attorney to contract for all business and legal affairs of the principal person, ROGER LEIGH OEHLER, DEBTOR.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney-in-fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of the Creditor Roger Leigh Oehler.

This instrument was prepared by Roger Leigh Oehler.

Acceptance:
ROGER LEIGH OEHLER, GRANTOR

I, the above named exclusive attorney-in-fact, do hereby accept the fiduciary interest of the herein Named Debtor-Grantor and will execute the herein Granted powers-of-attorney with due diligence.

ROGER L. OEHLER©

DEBTOR

Roger L. Oehler ©

Roger Leigh Oehler
Secured Party, Attorney-in-fact

Big Stone county )
) ss
Minnesota state )

Duly sworn and subscribed in my presence the 12 day of June 2002

Dianne J Cornelisen
Notary

1-31-2005
My Commission Expires

Seal/Stamp

DIANNE J. CORNELISEN
NOTARY PUBLIC - MINNESOTA
My Comm. Exp. Jan. 31,