UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **MOTION TO AMEND PAYMENT TERMS PURSUANT TO 18 U.S.C. § 3664(k)** |
| ROGER LEIGH OEHLER, Defendant. | ) | |

PLEASE TAKE NOTICE that, pursuant to 18 U.S.C. §3664(k), the United States seeks an Order amending the payment terms set forth in the Judgment and Commitment Order dated December 16, 2003, on the ground that defendant has had a material change in economic circumstances since the time of sentencing. This motion is based upon all the files, records and proceedings herein and upon the attached memorandum and declaration.

Dated: June 5, 2006

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600