UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant. | **NOTICE OF MOTION TO AMEND PAYMENT TERMS PURSUANT TO 18 U.S.C. § 3664(k)**<br><br>**NO ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that at a time and date to be determined by the Court, before the Honorable Joan M. Ericksen, United States Judge, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, the United States seeks an Order, pursuant to 18 U.S.C. §3664(k), amending the payment terms set forth in the Judgment and Commitment Order dated December 16, 2003, on the ground that defendant has had a material change in economic circumstances since the time of sentencing.

Dated: June 5, 2006

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600