UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-151 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROGER LEIGH OEHLER, Defendant. | ) | **CERTIFICATE OF COMPLIANCE** |

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The memorandum has 868 words of type, font size 13. The memorandum was prepared using WordPerfect 12, which includes all text, including headings, footnotes and quotations in the word count.

Dated: June 5, 2006

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney ID Number 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600