UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **DECLARATION OF**
) **CINDY LOKEN**
ROGER LEIGH OEHLER, )
)
Defendant. )

Cindy Loken, Financial Litigation Paralegal, makes the following declaration in support of plaintiff's Memorandum To Amend Payment Terms Pursuant To 18 U.S.C. § 3664(k).

1. I am the Financial Litigation Paralegal in the United States Attorney's Office and am the supervisor of the agent responsible for collection of the judgment in the above-captioned matter. I make this Declaration from my own knowledge and based upon review of business records maintained by the United States Attorney's Office. If called to testify, I would state the following:

2. On December 16, 2003, judgment was entered against defendant in the amount of $3,500.00 in special assessments and $201,077.99 in restitution.

3. Attached hereto as Exhibit A is the defendant's responses to Interrogatories by Judgment Creditor United States of America.

4. Attached hereto as Exhibit B is a copy of defendant's Payment History.

5. Attached hereto as Exhibit C is a copy of 3M Company's record of defendant's 401(k) plan.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2006 s/ Cindy Loken
Cindy Loken
Financial Litigation Paralegal