UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROGER LEIGH OEHLER,

Defendant.

**EXHIBITS A - C**

Exhibit A - Defendant's responses to Interrogatories by Judgment Creditor United States of America.

Exhibit B - Payment History

Exhibit C - Copy of 3M Company's record of defendant's 401(k) plan.

Dated: June 5, 2006

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler
BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600