UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | CRIMINAL NO. 02-151 JNE/RLE |
| ROGER LEIGH OEHLER, Defendant. | ) | |

**INTERROGATORIES BY JUDGMENT**
**CREDITOR UNITED STATES OF AMERICA**

Pursuant to Rules 69 and 33 of the Federal Rules of Civil Procedure, Rules 33.01(a) and 34 of the Minnesota Rules of Court, and 18 U.S.C. § 3664(m), the United States of America, submits the following interrogatories to Roger Leigh Oehler, debtor herein. Each interrogatory is to be answered fully and under oath within thirty (30) days from the date of service of these interrogatories. Do not skip any interrogatories unless specifically told to do so; if a question is inapplicable or the answer is "none," then write "not applicable" or "none."

**INTERROGATORIES**

1. What is your full name, date of birth, social security number, driver's license number, home address and home phone number?

**ANSWER**

Name: ROGER LEIGH OEHLER

Date of Birth: c.[redacted], 1947

Social Security Number: [redacted]-3467



GOVERNMENT EXHIBIT A

Driver's License Number: H238004710413

Home Address: [redacted]

Home Phone Number: 3208394204

2. By what other name or names are you or have you been known? Indicate the dates and circumstances in which you used the other name or names.

**ANSWER** not applicable

3. If you are, or have been, married and/or have dependents, state the name(s), date(s) of birth and address(es) of your spouse and/or former spouse and dependents.

**ANSWER** not applicable

| | Name | Date of Birth | Address |
|---|---|---|---|
| Spouse: | | | |
| Dependents: | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

4. If you rent the home or apartment you identified in answer to question 1 above, answer the following questions. (If you own the residence you identified, skip to question 5.)

(a) How much rent do you pay and when is it payable?
**ANSWER** not applicable

(b) Where and to whom do you send your rent (name and address of landlord)?
**ANSWER** not applicable

(c) How long have your lived there?
**ANSWER** not applicable

5. If you own the residence you identified in answer to question 1 above, answer the following questions.

(a) In whose name or names is the premises held?
**ANSWER** not applicable

(b) What is the name and address of the mortgage holder, the present balance on the mortgage note and the amount of your monthly payment?
**ANSWER** not applicable
Name and address of mortgage holder:

Present balance of loan:

Amount of monthly payment:

(c) What is the name and address of any contract for deed ("c.d.") holder, the present balance on the c.d. and the amount of your monthly payment on the c.d.?
**ANSWER** not applicable
Name and address of the c.d. holder:

Present balance of the c.d.:
Amount of monthly payment:

(d) When was your home purchased (date); what was its purchase price; what is its present assessed valuation for tax purposes; and what, in your opinion, is its present fair market value?

**ANSWER** not applicable

Date purchased: Purchase price:

Assessed value: Fair market value:

(e) State whether any portion of the mortgage or c.d. identified above has been paid down or prepaid before the date(s) due. If so, list the amounts paid or prepaid and the dates on which such payments were made.

**ANSWER** not applicable

Amounts paid down or prepaid Date payment made

$ ____________________
$ ____________________
$ ____________________

6. Excluding any property already identified by you in answer to question 5 above, list (by complete address, county and state) any and all other real property in which you have any interest.

**ANSWER** not applicable

7. (a) Please furnish the following employment information regarding yourself.

**ANSWER** not applicable

Name and address of your present employer:

Your title/position:

Your work phone number:
How long employed:
Salary you receive:
Monthly gross $ ____________________
Monthly net $ ____________________

Bonus/commission $__________

(b) Please furnish the following employment information regarding your spouse.

**ANSWER** not applicable

Is your spouse employed?

Name and address of your spouse's present employer:

Spouse's title/position:

Spouse's monthly gross salary received $__________

(c) If you are unemployed, state where you get money to support yourself and how much you receive from each source.

**ANSWER** not applicable

8. If you or your spouse, or any dependent of yours, is self-employed or owns all or any part of a business, state the name and address of the business, the nature of ownership interest therein and the amount of income derived.

**ANSWER** not applicable

| Person | Business Name and address | Ownership Interest | Income |
|---|---|---|---|

9. State any other source and amount of any income received by you, your spouse and/or your dependents other than that already indicated by you in your answer to questions 7 and 8 above (e.g., unemployment compensation, Social Security, disability payments, retirement benefits, pensions, food stamps, commissions, rental income, military pay, child support, alimony, annuity payments, investment income, etc.).

**ANSWER** not applicable

| Person | Source of Income | Amount of income |
|---|---|---|

10. When and where did you last file a Federal Income Tax return, and what was the amount of gross income reported therein?
**ANSWER** not applicable

11. List the name and address of every bank or financial institution, with which you have obtained a loan or done business with at any time during the past two years and/or with which you have the authority to sign checks or make withdrawals.
**ANSWER** not applicable

| Name and address of Financial Institution | Type of Account | Account Number | Account Balance |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

12. Answer the following questions regarding any motor vehicles, trailers, motorcycles, motorbikes, aircraft, boats or other means of transportation of any sort that are owned by you, your spouse and/or your dependents. If you have more than three such vehicles, continue your answer on the back of this page.
**ANSWER** not applicable

| | Vehicle #1 | Vehicle #2 | Vehicle #3 |
|---|---|---|---|
| Description | 1994 DODGE INTREPID | | |
| License plate no. | ERS532 | | |
| Registration no. | 2B3ED56F3RH100445 | | |
| Estimated value | $1500 | | |

Lienholder

Amount owed

Present location

Usual location

13. Describe any jewelry valued over $500.00 owned by (1) you, (2) your spouse and/or (3) your dependents, and state where it may be found and its value. If you have more than five such pieces of jewelry, continue your answer on the back of this page.

**ANSWER** not applicable

| Description | Location | Value |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

14. Identify and give the amount and location of any uncashed checks, money orders or cashier's checks issued to your order or for your benefit or that of your spouse or dependents.

**ANSWER** not applicable

15. What accounts receivable, notes receivable, mortgages, liens, leases, royalties, or pledges of personalty do (1) you, (2) your spouse and/or (3) your dependents own or hold, whether in your name(s) or in the name(s) of another; what is their value; and where are the evidences of ownership located?

**ANSWER** not applicable

| Description | Value | Location of evidence |
| --- | --- | --- |

16. What other personal property, including stocks, bonds, savings bonds or other securities, do (1) you, (2) your spouse and/or (3) your dependents own or hold as pledgee or otherwise, whether held in your name(s) or in the name(s) of another; where is such property located; and what is its value?

**ANSWER** not applicable

| Description | Value | Where located |
| --- | --- | --- |

17. List name of firm/company, address, account number(s), and name of broker used in purchasing stocks and bonds listed in question 16. If you use more than two brokers, continue your answer on the back of this page.

**ANSWER** not applicable

| | Firm #1 | Firm #2 |
| --- | --- | --- |
| Name of brokerage: | | |
| Address: | | |
| Account number(s): | | |

Name of broker:

18. Do (1) you, (2) your spouse and/or (3) your dependents rent or use a safe-deposit box, either alone or together with one or more other persons? If so, state where the safe-deposit box is located, in whose name it is listed, how it is numbered or otherwise identified, and give its contents, their ownership, and value.

<u>**ANSWER**</u> not applicable

19. State the names and addresses of all insurers with whom you have policies of life and/or accident insurance, give the date, face value and cash surrender value of each policy, and specify which policies are payable to your estate.

<u>**ANSWER**</u> not applicable

20. Do you expect to receive anything by inheritance or from any existing decedent's estate? If so, state what, when and from whom, and give its probable value.

<u>**ANSWER**</u> not applicable

21. Do you have any vested or contingent future interest in any property, or to the payment of any money, for any reason whatsoever? If so, state the type, nature and source of such interest, the location of the property, the identity and address of any person or institution that may be involved and the probable value of said property.

<u>**ANSWER**</u> not applicable

22. Is any money or property held in trust for (1) you, (2) your spouse and/or (3) your dependents? If so, state the name and address of the trustee or other fiduciary, identify the trust, state what monies or property are held in trust, the value thereof, and the date upon which the trust is to terminate.

**ANSWER** not applicable

23. Do you, your spouse or your dependents hold any credit cards for which accounts have been prepaid? If so, state the name and address of the credit card company, the account number, and the amount(s) prepaid.

**ANSWER** not applicable

24. Are any suits or judgments pending against you? If so, state full details, including the dates and amounts or recent payments thereon.

**ANSWER** not applicable

25. List any property (including cash) worth more than $300.00 that you have transferred by any method (e.g., loan security, gift, sale, etc.) within the last three years, and indicate to whom and when it was transferred.

**ANSWER** not applicable

| Description of property | To whom transferred | Date transferred |
| --- | --- | --- |

26. List the name, address and telephone number of any person holding any monies on your behalf.

**ANSWER** not applicable

27. Have (1) you, (2) your spouse and/or (3) your dependents closed any bank or other account or withdrawn any cash, bonds, or other assets from a safe-deposit box since the suit giving rise to the Government's judgment was filed against you? If so, give the name and address of the bank or other institution and state the monies, bonds and other assets withdrawn therefrom and their value.

**ANSWER** not applicable

28. List all monthly or periodic expenses you are paying and for what (add additional lines if necessary). Example: utilities, food, child support, loans, charge accounts, etc.

**ANSWER**

| | Type of expense | Monthly payment | Total debt |
|---|---|---|---|
| 1. | utilities | 130 | |
| | heating | 180 | |
| | telephone | 120 | |
| 2. | loan payment | 200 | |
| | car maintenance/repair | 150 | |
| | food | 400 | |
| | gas | 300 | |
| 3. | television | 40 | |
| | medical insurance | 320 | |
| | medical/dental bills | 100 | |
| 4. | taxes | 300 | |
| | misc (clothing/toiletties) | 200 | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

29. If you have other expenses not listed above that should be disclosed to give a fair picture of your monthly financial needs, list them here with specificity (i.e., license fees, children's sports activities, etc.)

**ANSWER** not applicable

| Type of expense | Monthly amount |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

30. State the name, address and telephone number of your nearest relative who does not live at your address.

**ANSWER** not applicable

Name:

Address:

Telephone No:

## REQUESTS FOR DOCUMENTS

**Request No. 1.** Produce all personal and business Federal and State income tax returns, as filed, for the past three years.

**Request No. 2.** Produce all financial-institution transaction statements, personal and business, for the past twelve months.

**Request No. 3.** Produce all cancelled checks or other evidence of payment for the expenses set forth in response to Interrogatory Nos. 28 and 29 above for the last 12 months.

**Request No. 4.** Produce all records, including pay stubs, evidencing your gross wages and/or salary and/or commissions for the last 12 months.

**Request No. 5.** Produce all records including receipts or other documents submitted for reimbursement of business expenses for the last 12 months and checks or other evidence of payment for reimbursed expenses.

**Request No. 6.** If you lease an automobile, or one is leased on your behalf or for your use, produce a copy of the lease.

**Request No. 7.** Produce all titles, deeds, mortgages, contracts for deed and other documents evidencing your ownership in real estate.

**Request No. 8.** Produce all leases, notes receivable, mortgages, liens, contracts and other documents evidencing income, dividends or royalties owed or paid to you, your spouse or your dependents.

**Request No. 9.** Produce all records establishing ownership in all or part of any business as sole owner, partner or stockholder and the financial condition of such business for the last three years including a statement of assets, inventories, liabilities, gross and net income and the amount of any undistributed profits in the business.

**Request No. 10.** Produce all titles and registrations for all motor vehicles owned by you, your spouse or your dependents in whole or in part.

**Request No. 11.** Produce all receipts, appraisals and other statements or documents establishing ownership by you, your spouse or your dependents of any jewelry or furs valued over $500.

**Request No. 12.** Produce all records and statements for certificates of deposit, savings bonds, stocks, bonds, coupons and mutual funds owned by you, your spouse or your dependents.

**Request No. 13.** Produce all life insurance policies identified in response to Interrogatory No. 19 and all records evidencing their face value and cash surrender value.

**Request No. 14.** Produce all records establishing your interest in any account held by someone else on your behalf in any bank, savings institution or credit union.

**Request No. 15.** Produce all records evidencing your ownership interest or that of your spouse or your dependents in any property, real or personal, in the possession of or name of any person or corporation.

**Request No. 16.** Produce all records evidencing any pension, disability compensation, retirement pay or other benefits from the United States or any other source.

**Request No. 17.** Produce all records or documents evidencing judgments you owe.

**Request No. 18.** Produce all records or documents evidencing judgments owed to you.

**Request No. 19.** Produce an itemized list of all items owned and used in your trade or business and all records or documents indicating the value of such items.

**Request No. 20.** Produce all financial statements completed by you for any purposes withing the last 24 months.

**Request No. 21.** Produce all other documents and statements that refer or relate to any of your answers to these interrogatories.

Dated: November 4, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney ID No 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
Attorneys for Plaintiff

With knowledge of the penalties for false statements provided by 18 United States Code §1001 ($10,000 fine and/or five years imprisonment) and with knowledge that this financial statement is submitted by me to affect action by the U.S. Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other.

______________________________ ______________________________

Date Roger Leigh Oehler

3M
FIRST Line Center
100 Half Day Road
Lincolnshire, IL 60069-3242

3M
Pension Plan

**IMPORTANT NOTICE**

RETAIN FOR YOUR RECORDS
THIS IS
**NOT**
A CHECK

NAME AND ADDRESS

ROGER OEHLER 29161 0733-93-15-MAAD
[redacted]
ORTONVILLE, MN 56278-2166

ACCOUNT NUMBER [redacted]
SOC SEC NUMBER 3467

DATE OF CHECK 11/01/05
ROGER OEHLER

| PAYMENTS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| BASE Q | 1,514.39 | 16,658.29 | FED TAX | 4.74 | 52.14 |
| BRIDGE Q | 800.00 | 8,800.00 | MEDICAL | 250.00 | 2,750.00 |
| TOTAL | 2,314.39 | 25,458.29 | TOTAL | 254.74 | 2,802.14 |

**** NET CHECK AMOUNT *****2,059.65

NON-NEGOTIABLE

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER LEIGH OEHLER,<br><br>Defendant. | ) | CRIMINAL NO. 02-151 JNE/RLE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on 11/4/05, she served a copy of the attached

**Interrogatories and Request for Production of Documents**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope in the United States Mail at Minneapolis, Minnesota.

Address:

Roger Leigh Oehler
[redacted]
Ortonville, MN 56278

Nancy Kadi

# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 15-MAY-2006 FOR: 2004Z00005/001 PAGE: 1 OF 2

DEBTOR: Oehler, Roger Leigh
COURT NUMBER: 02-151 JNE/RLE PRIORITY CODE: 02
CURRENT LIABILITY BALANCE: $195,716.24

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005 | PMNT | 8 | 04-MAR-2004 | CL/A | R. OEHLER-BOP | | BOP | | $25.00 | 19-APR-2004 |
| 0009 | PMNT | 8 | 04-JUN-2004 | CL/A | Roger | | BOP | | $40.00 | 14-JUL-2004 |
| 0012 | PMNT | 8 | 09-SEP-2004 | CL/A | OEHLER, ROGER LEIGH | | | | $60.00 | 08-OCT-2004 |
| 0014 | PMNT | 8 | 09-DEC-2004 | CL/A | OEHLER, ROGER LEIGH | | | | $50.00 | 18-JAN-2005 |
| 0015 | PMNT | 8 | 03-FEB-2005 | CL/A | R. OEHLER | | 400 280034 | | $100.00 | 03-FEB-2005 |
| 0016 | PMNT | 8 | 03-MAR-2005 | CL/A | R. OEHLER | | 400 280915 | | $100.00 | 04-MAR-2005 |
| 0017 | PMNT | 8 | 12-APR-2005 | CL/A | R. OEHLER | | 400 282208 | | $100.00 | 14-APR-2005 |
| 0018 | PMNT | 8 | 06-MAY-2005 | CL/A | R. OEHLER | | 400 283380 | | $100.00 | 10-MAY-2005 |
| 0019 | PMNT | 8 | 08-JUN-2005 | CL/A | R. OEHLER | | 700 435508 | | $100.00 | 08-JUN-2005 |
| 0020 | PMNT | 8 | 11-JUL-2005 | CL/A | R. OEHLER | | 285034 | | $100.00 | 13-JUL-2005 |
| 0021 | PMNT | 6B | 12-JUL-2005 | CL/A | 3M GARN | | 285178 | | $7,275.00 | 15-JUL-2005 |
| 0021 | PMNT | 8 | 12-JUL-2005 | CL/A | 3M GARN | | 285178 | | $2,725.00 | 15-JUL-2005 |
| 0022 | PMNT | 6B | 10-AUG-2005 | CL/A | R. OEHLER | | 286278 | | $100.00 | 11-AUG-2005 |
| 0023 | PMNT | 6B | 13-SEP-2005 | CL/A | R. OEHLER | | 286960 | | $100.00 | 14-SEP-2005 |
| 0024 | PMNT | 6B | 13-OCT-2005 | CL/A | R. OEHLER | | 287885 | | $100.00 | 14-OCT-2005 |
| 0025 | PMNT | 6B | 10-NOV-2005 | CL/A | R. OEHLER | | 289254 | | $100.00 | 14-NOV-2005 |
| 0026 | PMNT | 6B | 07-DEC-2005 | CL/A | R. OEHLER | | 290017 | | $100.00 | 08-DEC-2005 |
| 0027 | PMNT | 6B | 10-JAN-2006 | CL/A | R. OEHLER | | 290538 | | $100.00 | 12-JAN-2006 |
| 0028 | PMNT | 6B | 09-FEB-2006 | CL/A | R. OEHLER | | 4641001039 | | $100.00 | 27-FEB-2006 |
| 0029 | PMNT | 6B | 12-APR-2006 | CL/A | Roger | | 4641002743 | | $100.00 | 20-APR-2006 |
| 0030 | PMNT | 6B | 09-MAY-2006 | CL/A | R. OEHLER | | 4-3495 | | $100.00 | 10-MAY-2006 |

Total Payments for Debtor: $11,675.00

CARDELS 800-783-0099
GOVERNMENT EXHIBIT
B.

# *UNITED STATES DISTRICT COURT*

## *DISTRICT OF MINNESOTA*

*UNITED STATES OF AMERICA*

*Plaintiff,*

*v.*

*ROGER L. OEHLER*

*Defendants.*

SUBPOENA IN A CIVIL ACTION

Criminal No. 02-151 JNE/RLE

TO: *Steve Beilke*
*with an address at 3M General Counsel's Office, 3M Center, Bldg. 220-93-02; St. Paul, MN 55144-1000*

___ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

___ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE ATTACHED LIST

| PLACE | DATE AND TIME |
|---|---|
| Offices of the United States Attorney for the District of Minnesota, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 | April 21, 2006 9:00 a.m. |

___ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (Indicate if Attorney for Plaintiff or Defendant) | DATE |
|---|---|
| M. Trippler AUSA<br>Attorney for Plaintiff, United States of America | March 22, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mary Trippler
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

GOVERNMENT EXHIBIT
C.

CARDELS 800-783-0399

## PROOF OF SERVICE

| | Date | Place |
|---|---|---|
| SERVED | 3·22·06 | 3m General Counsel, 3M Center, St. Paul, MN 55144 |

| SERVED ON (Print Name) | MANNER OF SERVICE |
|---|---|
| Steve Beilke | U.S. mail |

| SERVED BY (Print Name) | TITLE |
|---|---|
| Nancy Lair | Financial Litigation Agent |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3·22·06
Date

Nancy Lair
Signature of Server

300 S. 4th Street, Ste 600
Address of Server
Minneapolis, MN 55415

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph of (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party on whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

ATTACHMENT A

Documents evidencing (1) payment to Roger Oehler of pension, annuity or retirement benefits, held or managed by 3M; (2) the current balances of any such pension, annuity or retirement accounts; and (3) if such accounts were liquidated, the dates of liquidation, the balances of such accounts on the date of liquidation, and the name and address of the person(s) to whom the proceeds of the liquidated accounts were sent or provided.

ATTACHMENT (A) RESPONSES

Re: United States of America v. Roger L. Oehler
Criminal No. 02-151 JNE/RLE

- Roger Oehler receives a monthly pension benefit from the 3M Employee Retirement Income Plan in the amount of $1,514.39, in addition he receives an $800/month bridge benefit to be paid thru 3/31/08 or (Mr. Oehler's death or disability if earlier.

- Mr. Oehler was a plan participant in the 3M Voluntary Investment Plan and Employee Stock Ownership Plan (3M VIP). The account balance is zero.

- Below are the dates distributions were made from the 3M VIP, the remaining balance after each distribution and the name and address to which the distributions were sent.

**Distribution Date: 2/4/99**
Distribution Amount: $16,698.93
Remaining Plan Balance on 2/4/99: $37,168.97
Payee Name and Address: Roger L. Oehler
[redacted]
Alexandria, MN 56308

**Distribution Date: 6/22/05**
Distribution Amount: $10,000.00
Remaining Plan Balance on 6/22/05: $17,102.89
Payee Name and Address: Roger L. Oehler
[redacted]
Ortonville, MN 56278

**Distribution Date: 10/7/05**
Distribution Amount: $17,373.27
Remaining Plan Balance on 10/7/05: $0.00
Payee Name and Address: Wells Fargo
For the Benefit of Roger L. Oehler
[redacted]
Ortonville, MN 56278
Account Number: [redacted]3467

Quick Balances - OEHLER, ROGER L.

Options

Current as of 04-13-2006

Inquiry

**Totals Excluding Loans**

| | |
|---|---|
| Plan Balance | $0.00 |
| Vested Balance | $0.00 |

**Totals Including Loans**

| | |
|---|---|
| Plan Balance | $0.00 |
| Vested Balance | $0.00 |
| Loan Balance | $0.00 |

| Fund | Value | Shares or Units | Equivalent Shares or Units |
|---|---|---|---|
| Stable Value -V | $0.00 | 0.000000 | |
| LT Bond Index-V | $0.00 | 0.000000 | |
| BalancedIndex-V | $0.00 | 0.000000 | |
| Balanced - V | $0.00 | 0.000000 | |
| S&P500 Stk Ix-V | $0.00 | 0.000000 | |
| Value StockIx-V | $0.00 | 0.000000 | |
| Growth Stk Ix-V | $0.00 | 0.000000 | |
| Growth - V | $0.00 | 0.000000 | |
| Small Cap Ix-V | $0.00 | 0.000000 | |

**Balance Matrix - OEHLER, ROGER L.**

Options

Effective Date 10-07-2005 to 10-07-2005 **Inquiry**

Display **Closing Balance** Fund Order Alphabetical

| | Stable Value | Totals |
|---|---|---|
| SPA | $0.00 | $0.00 |
| Totals | $0.00 | $0.00 |

**Payment Summary - OEHLER, ROGER L.**

Event/Activity WebLmpSm Dist-V Effective Date 10-07-2005 **Inquiry**

Plan VIP

Process Date 10-07-2005 Payee Information

**Distribution Information**

| | |
|---|---|
| Gross Cash Pmt. | $17,373.27 |

**Tax Information**

| | |
|---|---|
| Gross Distribution | $17,373.27 |
| Taxable Amount | |
| Federal | $0.00 |
| State | $0.00 |
| Federal W/hold | $0.00 |
| MN W/Hold. | $0.00 |

**Payee Information - Detail - OEHLER, ROGER L.**

| | | | | |
|---|---|---|---|---|
| Event/Activity | WebLmpSm Dist-V | Effective Date | 10-07-2005 | **Inquiry** |
| Plan | VIP | | | |

| | | | |
|---|---|---|---|
| Status at Payment | Retirement | Effective Date | 05-01-2003 |

| | |
|---|---|
| Payee Name | ROGER L. OEHLER |
| SSN | [redacted]-3467 |
| Payment Destination | Cash Rollover |

WELLS FARGO
For The Benefit Of ROGER L. OEHLER
[redacted] STREET
ORTONVILLE, MN 56278
Account Number [redacted]3467

| | |
|---|---|
| Payment Reason | |
| 30 Day Waiver | Y |

**Balance Matrix - OEHLER, ROGER L.**

Options

Effective Date 06-22-2005 to 06-22-2005 **Inquiry**

Display **Closing Balance** Fund Order **Alphabetical**

| | Stable Value | Totals |
|---|---|---|
| SPA | $17,102.89 | $17,102.89 |
| Totals | $17,102.89 | $17,102.89 |

**Payment Summary - OEHLER, ROGER L.**

**Inquiry**

| | | | |
|---|---|---|---|
| Event/Activity | Partial Sttl- V | Effective Date | 06-22-2005 |
| Plan | VIP | | |

| | |
|---|---|
| Process Date | 06-22-2005 |

Payee Information

**Distribution Information**

| | |
|---|---|
| Gross Cash Pmt | $10,000.00 |

**Tax Information**

| | |
|---|---|
| Gross Distribution | $10,000.00 |
| Taxable Amount | |
| Federal | $9,987.29 |
| State | $9,987.29 |
| Federal W/hold | $0.00 |
| MN W/Hold | $0.00 |

**Payee Information - Detail - OEHLER, ROGER L.**

| | | | | |
|---|---|---|---|---|
| Event/Activity | Partial Sttl- V | Effective Date | 06-22-2005 | Inquiry |
| Plan | VIP | | | |

| | | | |
|---|---|---|---|
| Status at Payment | Retirement | Effective Date | 05-01-2003 |

| | |
|---|---|
| Payee Name | ROGER L. OEHLER |
| SSN | [redacted]-3467 |
| Payment Destination | Permanent Address |

[redacted] STREET
ORTONVILLE MN 56278

| | |
|---|---|
| Payment Reason | |
| 30 Day Waiver | N |

**Payment Summary - OEHLER, ROGER L.**

Event/Activity: Regular Wthd -V | Effective Date: 02-04-1999 | **Inquiry**

Plan: VIP

Process Date: 02-04-1999

Payee Information

**Distribution Information**

| | |
|---|---|
| Gross Cash Pmt | $16,698.93 |

**Tax Information**

| | |
|---|---|
| Gross Distribution | $16,698.93 |
| Taxable Amount | |
| Federal | $16,673.01 |
| State | $16,673.01 |
| Federal W/hold | $3,334.60 |
| MN W/Hold | $0.00 |

**Balance Matrix - OEHLER, ROGER L.**

Options

Effective Date 02-04-1999 to 02-04-1999

**Inquiry**

Display **Closing Balance**

Fund Order Alphabetical

| | 3M Stock | Loan | S&P500 Stock Ix | Totals |
|---|---|---|---|---|
| SPA | | $15,731.88 | $10,068.09 | $37,168.97 |
| Company Match | $0.00 | | $0.00 | $0.00 |
| PAESOP | $0.00 | | $0.00 | $0.00 |
| PAYSOP | $0.00 | | $0.00 | $0.00 |
| Performance Shr | $0.00 | | $0.00 | $0.00 |
| Growth Sharing | $0.00 | | $0.00 | $0.00 |
| Totals | $0.00 | $15,731.88 | $10,068.09 | $37,168.97 |

**Payee Information - Detail - OEHLER, ROGER L.**

| | | | | |
|---|---|---|---|---|
| Event/Activity | Regular Wthd -V | Effective Date | 02-04-1999 | Inquiry |
| Plan | VIP | | | |

| | | | |
|---|---|---|---|
| Status at Payment | PRL/DR/TSR | Effective Date | 01-01-1999 |

Payee Name: ROGER L. OEHLER

SSN: [redacted]-3467

Payment Destination: Permanent Address

[redacted]
ALEXANDRIA MN 56308

Payment Reason:

30 Day Waiver: Y

**DB Payment Hist - OEHLER, ROGER L.**

**Inquiry**

| Payment Description | Payment Effective Date | Payment Status | Gross Amount |
|---|---|---|---|
| AN:Qual Plan | 06-01-2006 | Unreported | $2,314.39 |
| AN:Qual Plan | 05-01-2006 | Reported | $2,314.39 |
| AN:Qual Plan | 04-01-2006 | Reported | $2,314.39 |
| AN:Qual Plan | 03-01-2006 | Reported | |
| AN:Qual Plan | 02-01-2006 | Reported | |
| AN:Qual Plan | 01-01-2006 | Reported | |
| AN:Qual Plan | 12-01-2005 | Reported | |
| AN:Qual Plan | 11-01-2005 | Reported | |
| AN:Qual Plan | 10-01-2005 | Reported | |

View payment detail... Display gross payment...

**DB Payment Element - OEHLER, ROGER L.**

**Inquiry**

| | | | |
|---|---|---|---|
| Payment | AN:Qual Plan | | |
| Begin Date | 06-01-2003 | Status | Active |
| End Date | | Adjustment | |
| Benefit Election | QualifiePlan SE | | |
| Form of Payment | Joint w/ 50% | | |
| Optional Form Group | QualBaseOpfmGp | Service Period End Date | 01-01-1800 |

Element: **Mellon-Base (A)**

| | | | |
|---|---|---|---|
| Start Amount | $1,514.39 | Pop Up Change Amount | $0.00 |
| Cont. Start Amount | $757.20 | Other Amount | $0.00 |
| Change Amount | $0.00 | Rollover Available Amount | $0.00 |
| Cont. Change Amount | $0.00 | After Tax Amount | $0.00 |
| Pop Up Amount | $0.00 | After Tax Change Amount | $0.00 |
| | | Capital Gain Amount | $0.00 |

**DB Payment Detail - OEHLER, ROGER L.**

**Inquiry**

| | | | |
|---|---|---|---|
| Payment | AN:Qual Plan | | |
| Begin Date | 06-01-2003 | Status | Active |
| End Date | | Adjustment | |
| Benefit Election | QualifiePlan SE | | |
| Form of Payment | Joint w/ 50% | | |
| Optional Form Group | QualBaseOpfmGp | Service Period End Date | |

| | |
|---|---|
| Optional Form Change Date | |
| Benefit Commencement Date | 05-01-2003 |
| Optional Form End Date | |
| Retro Period Adjustment Date | 05-01-2003 |
| Retro Period Quantity | 0 |
| After Tax Change Date | |
| After Tax End Date | |

DB Payment Element - OEHLER, ROGER L.

Inquiry

| | | | |
|---|---|---|---|
| Payment | AN:Qual Plan | | |
| Begin Date | 06-01-2003 | Status | Active |
| End Date | | Adjustment | |
| Benefit Election | QualifiePlan SE | | |
| Form of Payment | Age 62 Brdg Bft | | |
| Optional Form Group | QualSUPLOpfmGp | Service Period End Date | 01-01-1800 |

Element: Mellon - Bridge

| | | | |
|---|---|---|---|
| Start Amount | $800.00 | Pop Up Change Amount | $0.00 |
| Cont. Start Amount | $0.00 | Other Amount | $0.00 |
| Change Amount | $0.00 | Rollover Available Amount | $0.00 |
| Cont. Change Amount | $0.00 | After Tax Amount | $0.00 |
| Pop Up Amount | $0.00 | After Tax Change Amount | $0.00 |
| | | Capital Gain Amount | $0.00 |

**DB Payment Detail - OEHLER, ROGER L.**

**Inquiry**

| | | | |
|---|---|---|---|
| Payment | AN:Qual Plan | | |
| Begin Date | 06-01-2003 | Status | Active |
| End Date | | Adjustment | |
| Benefit Election | QualifiePlan SE | | |
| Form of Payment | Age 62 Brdg Bft | | |
| Optional Form Group | QualSUPLOpfmGp | Service Period End Date | |

| | |
|---|---|
| Optional Form Change Date | |
| Benefit Commencement Date | 05-01-2003 |
| Optional Form End Date | 03-31-2008 |
| Retro Period Adjustment Date | 05-01-2003 |
| Retro Period Quantity | 0 |
| After Tax Change Date | |
| After Tax End Date | |