UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROGER LEIGH OEHLER, Defendant. | ) | CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER |

I hereby certify that on June 6, 2006, I caused the following documents:

MOTION TO AMEND PAYMENT TERMS PURSUANT TO 18 U.S.C. § 3664(k); NOTICE OF MOTION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; DECLARATION OF CINDY LOKEN; REDACTED EXHIBITS A - C; CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Roger Leigh Oehler
71 McCloud Street
Ortonville, MN 56278

I further certify that I caused the proposed order to be filed with the court via e-mail to the judge hearing the motion:

The Honorable Joan N. Ericksen
joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Roger Leigh Oehler
71 McCloud Street
Ortonville, MN 56278

Dated: June 6, 2006

s/ Muriel Holland
Muriel Holland