UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-151 JNE/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ROGER LEIGH OEHLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of the United States for an Order modifying the payment terms set forth in the Judgment and Commitment Order dated December 16, 2003. Mary Trippler, Assistant United States Attorney, appears for the United States. Defendant appears pro se.

Based upon the memorandum, declaration and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that: (1) the motion be granted, and (2) defendant is ordered to pay $17,373.27 immediately with the remainder of the restitution paid in monthly payments of not less than $500 per month.

Dated: June 19, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge