PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
APR 02 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Roger Leigh Oehler**

**Docket No. 0:02CR00151-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Aaron R. Rotering**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Roger Leigh Oehler** who was sentenced for Fictitious Obligations and False Statements on December 16, 2003, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Psychological/psychiatric counseling or treatment; access to any requested financial information; no new credit; cooperate with the IRS; and pay restitution

On June 7, 2005, the Court ordered that $10,000 be garnished from the defendant's 3M Voluntary Investment Plan and Employee Stock Ownership Plan

On June 19, 2006, the Court ordered the defendant to pay restitution in the amount of $201,077.99. The defendant was ordered to pay $17,373.27 immediately and pay not less than $500 a month in restitution payments

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

CRIMINAL MONETARY PENALTIES: The defendant is ordered to pay $17,373.27 immediately with the remainder of the restitution paid in monthly payments of not less than $500 per month.

The defendant has failed to pay $17,373.27 or to make payments of $500 monthly as ordered on June 19, 2006. Based on his present financial situation, the defendant is unable to make payments of this amount.

SCANNED
APR 02 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That the Schedule of Payments section of the Court Order from June 19, 2006, be modified to payments of not less than $100 per month. Additionally, violation proceedings on the matter regarding non-payment submitted to the Court on January 12, 2007, are withdrawn.

ORDER OF THE COURT

Considered and ordered this 2d day of April, 2007, and ordered filed and made a part of the records in the above case.

Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Aaron R. Rotering
U.S. Probation Officer
Telephone: 612-664-5409

Executed on March 29, 2007
Place Fergus Falls

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission